# ACORD® PROPERTY LOSS NOTICE

**DATE (MM/DD/YYYY):** 8/15/2013

| AGENCY | | | MISCELLANEOUS INFO (Site & location code) | DATE OF LOSS AND TIME | X AM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|---|
| PHONE (A/C, No, Ext) | (405) 843-9191 | | | 5/31/2013  12:00 | PM | YES  NO |

PROFESSIONAL INSURORS, LLC
7301 N. Broadway
Suite 200
Oklahoma City   OK  73116

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/HOME | CO Aspen Specialty Insurance | | EFF 8/20/2012 |
| | POL PRAAJM212 | | EXP 8/20/2013 |
| FLOOD | CO | | EFF |
| | POL | | EXP |
| WIND | CO | | EFF |
| | POL | | EXP |

FAX (A/C, No) (405) 843-9190
E-MAIL ADDRESS cmiller@pi-ins.com
CODE 350249   SUB CODE
AGENCY CUSTOMER ID 00003864

## INSURED                                          CONTACT  [ ] CONTACT INSURED

**NAME AND ADDRESS OF INSURED**
Charles A Shadid, Individual
1901 Classen Boulevard
Oklahoma City   OK  73106

**DATE OF BIRTH**

**SOC SEC # OR FEIN**

**NAME AND ADDRESS**
Charles A Shadid

RESIDENCE PHONE (A/C, No)
BUSINESS PHONE (A/C, No, Ext) (405) 525-6671
CELL PHONE (A/C, No)
E-MAIL ADDRESS

RESIDENCE PHONE (A/C, No) 525-6671
BUSINESS PHONE (A/C, No, Ext) (405) 525-6671

**NAME AND ADDRESS OF SPOUSE (IF APPLICABLE)**

DATE OF BIRTH
SOC SEC # OR FEIN
CELL PHONE (A/C, No)
E-MAIL ADDRESS
WHERE TO CONTACT
WHEN TO CONTACT

## LOSS

**LOCATION OF LOSS:** 00008 Lakeshore SC - see spreadsheet Oklahoma City OK 73132

**POLICE OR FIRE DEPT TO WHICH REPORTED:**

**KIND OF LOSS:** [ ] FIRE  [ ] THEFT  [ ] LIGHTNING  [ ] HAIL  [ ] FLOOD  [ ] WIND  [X] OTHER (explain) Storm Damage

**PROBABLE AMOUNT ENTIRE LOSS:**

**DESCRIPTION OF LOSS & DAMAGE (Use separate sheet, if necessary)**
Lakeshore Shopping Center, 5821-5825 W Wilshire and 7902-7930 N MacArthur, Oklahoma City, OK 73132 - Storm damage

## POLICY INFORMATION

**MORTGAGEE**
[ ] NO MORTGAGEE

**HOMEOWNER POLICIES SECTION 1 ONLY** (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | ON |

[ ] COVERAGE A. EXCLUDES WIND
SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

**FIRE, ALLIED LINES & MULTI-PERIL POLICIES** (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| [X] | [ ] BLDG  [ ] CNTS  Business | 105,824 | 0 | 25,000 | Special form |
| [X] | [ ] BLDG  [ ] CNTS  Wind or | | 0 | 50,000 | Wind or Hail |
| | [ ] BLDG  [ ] CNTS | | | | |

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

| FLOOD POLICY | BUILDING | DEDUCTIBLE | | ZONE | PRE FIRM | DIFF IN ELEV | FORM TYPE | GENERAL DWELLING | CONDO |
|---|---|---|---|---|---|---|---|---|---|
| | CONTENTS | DEDUCTIBLE | | | POST FIRM | | | | |
| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL DWELLING | CONDO | | |

**REMARKS/OTHER INSURANCE** (List companies, policy numbers, coverages & policy amounts) NY ONLY PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME

| CAT # | FICO # | ADJUSTER ASSIGNED | | | | SIGNED |
|---|---|---|---|---|---|---|
| REPORTED BY Charles Shadid | | REPORTED TO Kelly W/Jason | SIGNATURE OF INSURED | | SIGNATURE | |

EXHIBIT 3

ACORD 1 (2006/02)   NOTE: IMPORTANT STATE INFORMATION ON PAGE 2   © ACORD CORPORATION 1988-2006
INS001 (200603) 01a   Page 1 of 2