| | |
|---|---|
| From: | Kristie.marks@associatedclaimsinc.com |
| Sent: | Friday, August 16, 2013 10:51 AM |
| To: | Holm, Jonna |
| Cc: | Noonan, Linda |
| Subject: | Claim #PB1200037375 for Insured: Shadid Received |



Associated Claims Management, Inc.
510 E. 1st Street
Oakboro, NC 28129
Phone: 704-485-8975
Fax: 704-973-9303
**Tax ID #: 84-1684831**

Aspen Specialty Insurance Management
125 Summer Street
Suite 300
Boston, MA 02110

**ATTENTION:** Jonna Holm

## ACKNOWLEDGEMENT OF ASSIGNMENT

### CLAIM INFORMATION

| | |
|---|---|
| **INSURED:** | Shadid, Charles |
| **POLICY #:** | PRAAJM212 |
| **OUR FILE #:** | 13-11014 |
| **CLAIM #:** | PB1200037375 |
| **ADJUSTER:** | Kenneth Smith |
| **LOSS DATE:** | 5/31/2013 |

This assignment was received from your office on 8/16/2013.

Thank you for this assignment.
Please contact the undersigned if you have any questions or special instructions.
We value your business and look forward to serving you in the future.

Sincerely,



EXHIBIT 4

Kenneth Smith

704-290-8038
ken.smith@associatedclaimsinc.com