Time Log for Invoice # 13-11014-1

| DATE | Services | DESCRIPTION | Hours |
|---|---|---|---|
| 8/16/2013 | MGA-Wayne Marks | WM-rvw of new claim w/handler | 0.30 |
| 8/16/2013 | Hourly Clerical | SL-Received new claim, setup in FileTrac and server, assigned to KS | 0.25 |
| 8/16/2013 | Hourly Adjuster | KS- Review assignment info, SOV, location imagery for Lakeshore shopping center, policy basics. Called insured Charles Shadid (attorney and owner) to discuss. He advised hail damage on roof siding of Lakeshore building, and water leaks causing damage to underneath ceiling of area over sidewalks. He advised that other properties may be included. Advised that I would contact agent to discuss. Agent not in office; emailed him my contact info to call me back. | 0.80 |
| 8/16/2013 | Hourly Adjuster | KS- Advised WM of claim basics and potential concerns of a potentially large scale claim and/or inspection; insured has 25 properties on policy. | 0.30 |
| 8/19/2013 | Hourly Adjuster | KS- Spoke to agent Cliff Miller. He says right now they are most concerned about damage to one large building, but based on whether we see damage on that building may determine the need to take a look at several more buildings in the area. He says the insured's maintenance man is starting to go around to other buildings this week to inspect them. Agent says they want to keep the claim minimal since large claims affect their rates, etc. | 0.40 |
| 8/20/2013 | MGA-Wayne Marks | WM-rvw and collab w/hand for email sum to carr | 0.30 |
| 8/20/2013 | Hourly Adjuster | KS- Prep email summary and photos. Sent to WM for review. | 0.80 |
| 8/20/2013 | Hourly Adjuster | KS- Spoke to insured. Still unsure if the claim is for 1 or 25 buildings. Discussed with WM and potential concerns. | 0.40 |
| 8/22/2013 | Hourly Adjuster | KS- LMTRC for agent Cliff Miller. Advised that the agent is talking about a small claim but the insured is talking about inspecting all 25 properties. Requested he get with insured to figure out what they are making a claim for so we can plan accordingly for time/travel/expense on inspection/s. | 0.10 |
| 8/26/2013 | Hourly Adjuster | KS- Spoke to agent. Our plan is to check out the one building now, and that may show whether we need to plan a larger inspection for others later. | 0.20 |
| 8/26/2013 | Hourly Adjuster | KS- Contact field inspector. Prep assignment checklist. Call insured to advise of pending inspection. | 0.70 |
| 8/26/2013 | Hourly Adjuster | KS- Agent called to say that insured looked at more properties this weekend and will need many of them looked at. Canceled field inspection of Lakeshore. Contacted insured to find out exactly how many properties we need to schedule to inspect. | 0.70 |
| 8/27/2013 | Hourly Adjuster | KS- Provided status update to JH and Jason (at the agency). Requested JH provide underwriting file. | 0.30 |
| 8/29/2013 | Hourly Adjuster | KS- Discuss pending inspection with WM. Start figuring out inspection plans and who will go. | 0.30 |
| 8/30/2013 | Hourly Adjuster | KS- Jerry, public adjuster, called to say that he is representing the insured. Requested letter of rep. Discussed his knowledge of the properties and potential inspection dates. Followup email. Advised WM of PA and plan going forward for inspections. | 0.60 |
| 8/30/2013 | Hourly Adjuster | KS- Gave JH update on PA and claim status. Requested underwriting file. | 0.10 |
| 9/2/2013 | Hourly Adjuster | KS- Preliminary weather research for wind and hail on the DOL and past 10 years (hail). | 0.70 |
| 9/2/2013 | Hourly Adjuster | KS- Review policy and SOV. Prep info/doc request letter for the 25 pro claim. Sent to WM for review. | |
| 9/4/2013 | MGA-Wayne Marks | WM-rvw doc request | |

EXHIBIT 5