**Ken Smith**
Office 704.485.8975

**From:** Ken Smith
**Sent:** Tuesday, August 27, 2013 10:07 PM
**To:** 'Holm, Jonna'; 'jholley@pi-ins.com'
**Subject:** RE: Claim #PR1200037375 Charles Shadid

Jason / Jonna,

On Friday, the insured and I agreed to just inspect one building (Lakeshore Shopping Center). Then, the agent (Cliff Miller) called me on Monday to advise that he had spoken with the insured, which had inspected several of his 25 properties over the weekend. Based on the insured's observations, he now wants to include all 25 shopping centers on the claim for potential storm damage. We will schedule an inspection of all these properties, however, I have advised the insured that I'll be sending him an information request letter to find out about any prior claims, major repairs, etc. at the properties.

Feel free to contact me if you have any further questions.

Regards,

**Ken Smith**
Office 704.485.8975

**From:** Holm, Jonna [mailto:Jonna.Holm@aspen-insurance.com]
**Sent:** Tuesday, August 27, 2013 1:27 PM
**To:** 'jholley@pi-ins.com'
**Cc:** Ken Smith
**Subject:** FW: Claim #PR1200037375 Charles Shadid

Jason,

My last update on the claim was back on 08/20/13. The insured had advised our adjuster, Ken Smith of ACM, that he was still assessing how many locations he is going to claim from the May 31, 2013 storm event. The adjuster had asked that the insured do a full assessment of his properties and advise back on what locations are damaged and the adjuster will coordinate an inspection for all locations at that time.

By carbon copy of this email to the adjuster, Ken Smith, I am asking Ken to weigh in and advise on the current status.

Thank you,

Jonna

**From:** Noonan, Linda
**Sent:** Tuesday, August 27, 2013 1:05 PM
**To:** Holm, Jonna
**Subject:** FW: Claim #PR1200037375

Jonna:

This is on your claim PR1200037375, Charles A Shahid


EXHIBIT 6