| Date | Role | Description | Hours |
|---|---|---|---|
| 9/4/2013 | Hourly Adjuster | KS- Again asked PA to reply back on potential inspections dates; and still need letter of rep, etc. Cc'd insured. | 0.10 |
| 9/5/2013 | Hourly Adjuster | KS- Multiple corr with PA. Received letter of rep. Sent doc request letter to insured and PA. PA and insured have agreed to dates for our inspection. | 0.80 |
| 9/5/2013 | Hourly Adjuster | KS- Work on coordinating travel inspection dates/plans with BW. Secured airline tickets and room reservations. | 1.00 |
| 9/5/2013 | Hourly Adjuster | KS- Advised JH and WM of schedule inspection dates; requested underwriting file to review prior to inspections. | 0.10 |
| 9/14/2013 | Hourly Adjuster | KS- Received certified copy of policy; still need copy of underwriting file. | 0.10 |
| 9/16/2013 | Hourly Adjuster | KS- Corr with PA and insured on upcoming inspection. Again requested info from doc request to be able to review prior to inspections. | 0.30 |
| 9/17/2013 | Hourly Adjuster | KS- Mulitple corr with PA and insured on upcoming inspection, regarding outstanding info request and use of ladders. | 0.40 |
| 9/17/2013 | Hourly Adjuster | KS- Coordinate travel plans, car rental. | 0.40 |
| 9/19/2013 | Hourly Adjuster | KS- Received from PA a map of 25 properties and a spreadsheet with notes on many of the buildings. Corr with PA and insured on upcoming inspection and again restated that I need the requested building repair/claims history prior to our inspection. | 0.50 |
| 9/22/2013 | Hourly Adjuster | KS- Travel to airport. Flight CLT-HOU-OKC. Travel to hotel. | 8.00 |
| 9/22/2013 | Hourly Adjuster | BW- Travel to airport. Flight CLT-HOU-OKC. Travel to hotel. | 8.00 |
| 9/23/2013 | Hourly Adjuster | KS- Long day of inspections of 7 locations with BW and PA, met with insured. | 10.00 |
| 9/23/2013 | Hourly Adjuster | BW- Long day of inspections of 7 locations with KS and PA, met with insured. | 10.00 |
| 9/24/2013 | Hourly Adjuster | BW- Inspections of 8 locations with KS and PA. | 9.50 |
| 9/24/2013 | Hourly Adjuster | KS- Inspections of 8 locations with BW and PA. | 9.50 |
| 9/25/2013 | Hourly Adjuster | KS- Another long day of inspections with BW and PA. | 9.50 |
| 9/25/2013 | Hourly Adjuster | BW- Another long day of inspections with KS and PA. | 9.50 |
| 9/26/2013 | Hourly Adjuster | BW- Finished inspections with KS and PA. Met again with insured to discuss claim and next steps. | 8.00 |
| 9/26/2013 | Hourly Adjuster | KS- Finished inspections with BW and PA. Met again with insured to discuss claim and next steps. | 8.00 |
| 9/27/2013 | Hourly Adjuster | KS- Travel to airport. Flight OKC-HOU-CLT. Travel home. | 8.00 |
| 9/27/2013 | Hourly Adjuster | BW- Travel to airport. Flight OKC-HOU-CLT. Travel home. | 8.00 |
| 10/1/2013 | Hourly Adjuster | KS- Separated 5,000 inspection photos into the 25 separate locations on the SOV. | 2.00 |
| 10/3/2013 | MGA- Wayne Marks | WM-corr w/handler re: status | 0.50 |
| 10/3/2013 | Hourly Adjuster | KS- Corr with WM on inspection findings and general claim direction. | 0.50 |
| 10/6/2013 | Hourly Adjuster | KS- Review inspection notes on various buildings and location info in pre for discussing potential assignment/budget with engineering firm. | |
| 10/7/2013 | Hourly | KS- Review of letter insured provided in response to our doc request. | |

EXHIBIT 9