# Structured Notes - Claim



| | | | | |
|---|---|---|---|---|
| 10/3/2013 | hmj | General | General | F (617) 532-7342<br><br>aspen-insurance.com<br><br>From: Holm, Jonna Sent: Thursday, October 03, 2013 11:45 AM To: Cahill, Myron Cc: Igoe, Kevin; Foster, Kimberly; Hope, Cliff; Noonan, Linda Subject: CHARLES A SHADID, INDIVIDUAL PRAAJM212 Claim Number PR1200037375 CAT 15 5/31/13 (Confidential and Privileged) Importance: High<br><br>Good Morning Myron,<br><br>The insured reported this claim to Aspen on August 16, 2013. The claim has been handled under a Reservation of Rights due to late reporting. This CAT 15 claim submitted is for 25 locations and 47 buildings. The adjuster performed a week long inspection last week from 09/23-09/27.<br><br>The insured has verbally advised that he believes his claim to be a $8,000,000 loss and he advised our adjuster that Aspen should tender our limit of $5,000,000 and be done with the claim.<br><br>The adjuster has advised that there is minor evidence of some hail storm activity to some locations, but NOT ALL locations. Another issue is trying to determine when the reported hail damage has occurred. This will need to be further investigated and we will need retain an expert to revisit this sites. I will be setting an expense reserve of $235,000 at this time.<br><br>Additional information to note per the insured. He is an attorney and he advised the adjuster that he does not settle any claims and in the past he has only settled the claim once the claim is involved in litigation. He failed to disclose any prior loss history.<br><br>Today, Aspen received another claim from the insured for a fire loss on 10/02/13 at the loss location of Will Rogers Park Plaza I, 3000-3096 N Portland, Oklahoma City, OK  73107.<br><br>Can you please assist in the following:<br><br>1) Is there anyway for you to secure a Loss History with the broker or agent on this account?<br>2) Do you have a coverage tree for this insured? What carrier insures the property above Aspens primary layer of $5M?<br><br>Thank you,<br><br><br>JONNA HOLM AVP PROPERTY CLAIMS<br>ASPEN INSURANCE<br><br>125 Summer Street, Ste 300<br>Boston, MA 02110<br><br>T (617) 532-7387<br>F (617) 532-7342<br><br>aspen-insurance.com |
| 9/13/2013 | nnl | General | General | |



EXHIBIT 11

| | | |
|---|---|---|
| Report run on: 11/10/2015 | Created By: MI Team | Report Owner: John Jankowski |