| | |
|---|---|
| **From:** | Wayne Marks <wayne.marks@associatedclaimsinc.com> |
| **Sent:** | Wednesday, October 23, 2013 3:10 PM |
| **To:** | Holm, Jonna |
| **Cc:** | Ken Smith |
| **Subject:** | FW: PR1200037375, Charles Shadid |
| **Attachments:** | 201310211440.pdf |

Jonna,

The insured is hammering away at the possibility of a negotiated settlement and release prior to any detailed analysis of the damages taking place. He has stated that his belief that the loss is $10.7M against a policy limit of $5M. He's asking for limits in exchange for an early resolution.

We have performed a cursory review of the sites and have noted limited damage to some locations, but can't speak to when those damages occurred. Further, we are aware that the insured presented a prior claim for a 2010 hail storm which, while we don't know the value of the presentation, settled for $3M.

A preliminary engineering budget from UBSE is $115,000. Adding core samples for buildings will add about $1,000 per sample- with probably 2-4 per building tested. We would suggest a precautionary expense budget of $150,000 for engineering.

When you have a few minutes, can you give me a call so we can review an action plan going forward?
Thanks
Wayne

**Wayne Marks**

ACM, Inc.

Managing General Adjuster

704-485-8975-(O)

704-973-9303-(F)

The information in this email, including attachments, is confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended addressee(s), any disclosure, storage, copying, distribution of this email or the information contained in it, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this email in error, please notify sherri.lee@associatedclaimsinc.com and delete this email (including any attachments) from your system. Please check any attachments for viruses before opening. ACM, Inc. 510 E. 1st Street Oakboro, NC 28129

**From:** Wayne Marks
**Sent:** Monday, October 21, 2013 10:53 PM

EXHIBIT 12