**Just Property Restoration**

OCT 2 1 2013
RECEIVED

Insured:   Charles Shadid
Property:  Multiple- 25 Locations
Business:  1901 N Classen Blvd
           Oklahoma City, OK 73114

**Claim Number:**          **Policy Number:**              **Type of Loss:** Hail

Date of Loss:   5/31/2013          Date Received:
Date Inspected:                    Date Entered:   9/2/2013 6:35 PM

Price List:    OKOC7X_SEP13
               Restoration/Service/Remodel
Estimate:      SHADID_25PROP_W_DEPR

**EXHIBIT**

tabbies®

17

 **Just Property Restoration**

SHADID_NEWPORT

### Newport

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1. R&R Built-up 3 ply roofing - in place-*incl 10% waste* | 211.20 SQ | 353.12 | 74,578.94 | (4,398.59) | 70,180.35 |
| 2. R&R Modified bitumen roof - hot mopped *includes 10% Waste* | 127.49 SQ | 389.84 | 49,700.70 | (4,490.84) | 45,209.86 |
| 3. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 115.90 SQ | 87.69 | 10,163.27 | (635.83) | 9,527.44 |
| 4. Remove Insulation - fiberglass board, 1" | 115.90 SQ | 30.46 | 3,530.31 | (0.00) | 3,530.31 |
| 5. Insulation - fiberglass board, 1" | 115.90 SQ | 156.41 | 18,127.92 | (241.71) | 17,886.21 |
| 6. R&R Gutter / downspout - box - aluminum - 7" to 8" | 1,140.00 LF | 16.33 | 18,616.20 | (7,273.20) | 11,343.00 |
| 7. R&R Heating and cooling unit - 5 ton, 140 MBH | 8.00 EA | 9,221.37 | 73,770.96 | (43,967.70) | 29,803.26 |
| 8. R&R Counterflashing - Apron flashing | 1,000.00 LF | 6.73 | 6,730.00 | (359.43) | 6,370.57 |
| 9. R&R Siding - steel - Commercial - High grade | 250.00 SF | 5.85 | 1,462.50 | (183.33) | 1,279.17 |
| 10. R&R Siding - beveled - pine or equal (clapboard) | 2,160.00 SF | 5.29 | 11,426.40 | (2,142.72) | 9,283.68 |
| 11. Seal & paint wood siding | 2,160.00 SF | 0.92 | 1,987.20 | (1,324.80) | 662.40 |
| 12. R&R Carport - Freestanding metal - Heavy load | 2,180.00 SF | 15.35 | 33,463.00 | (10,035.27) | 23,427.73 |
| 13. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 495.13 | 7,426.95 | (0.00) | 7,426.95 |
| 14. Crane and operator - 14 ton capacity - 65' extension boom | 20.00 HR | 177.97 | 3,559.40 | (0.00) | 3,559.40 |

**Totals: Newport** | | | **314,543.75** | **75,053.42** | **239,490.33**

### Lakeshore

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 15. R&R Flash parapet wall only | 706.00 LF | 11.50 | 8,119.00 | (705.29) | 7,413.71 |
| 16. R&R Modified bitumen roof - hot mopped *includes 10% Waste* | 420.56 SQ | 389.84 | 163,951.11 | (14,814.23) | 149,136.88 |
| 17. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 382.33 SQ | 87.69 | 33,526.52 | (2,097.46) | 31,429.06 |
| 18. Remove Insulation - fiberglass board, 1" | 382.33 SQ | 30.46 | 11,645.77 | (0.00) | 11,645.77 |
| 19. Insulation - fiberglass board, 1" | 382.33 SQ | 156.41 | 59,800.24 | (797.34) | 59,002.90 |

**Just Property Restoration**

CONTINUED - Lakeshore

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 20. R&R Siding - vinyl - High grade | 1,560.00 SF | 3.64 | 5,678.40 | (826.18) | 4,852.22 |
| 21. R&R Skylight - single dome fixed, 12.6 - 15.5 sf | 1.00 EA | 379.48 | 379.48 | (237.87) | 141.61 |
| 22. R&R Skylight - single dome fixed, 9.1 - 12.5 sf | 1.00 EA | 331.51 | 331.51 | (205.89) | 125.62 |
| 23. R&R Gutter / downspout - box - aluminum - 7" to 8" | 720.00 LF | 16.33 | 11,757.60 | (4,593.60) | 7,164.00 |
| 24. R&R 5/8" drywall - hung, taped, with smooth wall finish | 800.00 SF | 2.21 | 1,768.00 | (152.00) | 1,616.00 |
| 25. Seal/prime then paint the surface area (2 coats) | 2,040.00 SF | 0.66 | 1,346.40 | (448.80) | 897.60 |
| 26. R&R Heating and cooling unit - 5 ton, 140 MBH | 15.00 EA | 9,221.37 | 138,320.55 | (82,439.44) | 55,881.11 |
| 27. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 18.00 EA | 495.13 | 8,912.34 | (0.00) | 8,912.34 |
| 28. Crane and operator - 14 ton capacity - 65' extension boom | 30.00 HR | 177.97 | 5,339.10 | (0.00) | 5,339.10 |
| **Totals: Lakeshore** | | | **450,876.02** | **107,318.10** | **343,557.92** |

Will Rogers Park Plaza II

### Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 29. R&R Modified bitumen roof - hot mopped- incl 10% waste* | 565.68 SQ | 389.84 | 220,524.69 | (19,926.08) | 200,598.61 |
| 30. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 514.25 SQ | 87.69 | 45,094.58 | (2,821.18) | 42,273.40 |
| 31. Remove Insulation - fiberglass board, 1" | 514.25 SQ | 30.46 | 15,664.06 | (0.00) | 15,664.06 |
| 32. Insulation - fiberglass board, 1" | 514.25 SQ | 156.41 | 80,433.84 | (1,072.45) | 79,361.39 |
| 33. R&R Counterflashing - Apron flashing | 1,183.00 LF | 6.73 | 7,961.59 | (425.20) | 7,536.39 |
| 34. R&R Heating and cooling unit - 5 ton, 140 MBH | 4.00 EA | 9,221.37 | 36,885.48 | (21,983.85) | 14,901.63 |
| 35. R&R Gutter / downspout - box - aluminum - 7" to 8" | 1,045.00 LF | 16.33 | 17,064.85 | (6,667.10) | 10,397.75 |
| 36. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 12.00 EA | 495.13 | 5,941.56 | (0.00) | 5,941.56 |

**Just Property Restoration**

CONTINUED - Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 37. Crane and operator - 14 ton capacity - 65' extension boom | 10.00 HR | 177.97 | 1,779.70 | (0.00) | 1,779.70 |
| Totals: Building 1 | | | 431,350.35 | 52,895.86 | 378,454.49 |

Building 2

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 38. R&R Modified bitumen roof - hot mopped- incl 10% waste* | 147.27 SQ | 389.84 | 57,411.74 | (5,187.59) | 52,224.15 |
| 39. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 133.88 SQ | 87.69 | 11,739.94 | (734.47) | 11,005.47 |
| 40. Remove Insulation - fiberglass board, 1" | 133.88 SQ | 30.46 | 4,077.98 | (0.00) | 4,077.98 |
| 41. Insulation - fiberglass board, 1" | 133.88 SQ | 156.41 | 20,940.17 | (279.20) | 20,660.97 |
| 42. R&R Counterflashing - Apron flashing | 345.00 LF | 6.73 | 2,321.85 | (124.00) | 2,197.85 |
| 43. R&R Heating and cooling unit - 5 ton, 140 MBH | 7.00 EA | 9,221.37 | 64,549.59 | (7,694.35) | 56,855.24 |
| 44. R&R Gutter / downspout - box - aluminum - 7" to 8" | 302.00 LF | 16.33 | 4,931.66 | (1,926.76) | 3,004.90 |
| 45. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 12.00 EA | 495.13 | 5,941.56 | (0.00) | 5,941.56 |
| 46. Crane and operator - 14 ton capacity - 65' extension boom | 14.00 HR | 177.97 | 2,491.58 | (0.00) | 2,491.58 |
| Totals: Building 2 | | | 174,406.07 | 15,946.37 | 158,459.70 |
| Total: Will Rogers Park Plaza II | | | 605,756.42 | 68,842.23 | 536,914.19 |

Will-Rogers Park Plaza I

Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 47. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 114.40 SQ | 389.84 | 44,597.70 | (4,029.74) | 40,567.96 |
| 48. R&R Flash parapet wall only | 400.00 LF | 11.50 | 4,600.00 | (399.60) | 4,200.40 |

SHADID_25PROP_W_DEPR

10/2/2013                                        Page: 4

**Just Property Restoration**

### CONTINUED - Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 49. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 104.00 SQ | 87.69 | 9,119.76 | (570.54) | 8,549.22 |
| 50. Remove Insulation - fiberglass board, 1" | 104.00 SQ | 30.46 | 3,167.84 | (0.00) | 3,167.84 |
| 51. Insulation - fiberglass board, 1" | 104.00 SQ | 156.41 | 16,266.64 | (216.89) | 16,049.75 |
| 52. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| **Totals: Building 1** | | | **78,742.20** | **5,216.77** | **73,525.43** |

#### Building 2

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 53. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 114.40 SQ | 389.84 | 44,597.70 | (4,029.74) | 40,567.96 |
| 54. R&R Flash parapet wall only | 400.00 LF | 11.50 | 4,600.00 | (399.60) | 4,200.40 |
| 55. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 104.00 SQ | 87.69 | 9,119.76 | (570.54) | 8,549.22 |
| 56. Remove Insulation - fiberglass board, 1" | 104.00 SQ | 30.46 | 3,167.84 | (0.00) | 3,167.84 |
| 57. Insulation - fiberglass board, 1" | 104.00 SQ | 156.41 | 16,266.64 | (216.89) | 16,049.75 |
| 58. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| **Totals: Building 2** | | | **78,742.20** | **5,216.77** | **73,525.43** |

#### Building 3

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 59. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 114.40 SQ | 389.84 | 44,597.70 | (4,029.74) | 40,567.96 |
| 60. R&R Flash parapet wall only | 400.00 LF | 11.50 | 4,600.00 | (399.60) | 4,200.40 |
| 61. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 104.00 SQ | 87.69 | 9,119.76 | (570.54) | 8,549.22 |
| 62. Remove Insulation - fiberglass board, 1" | 104.00 SQ | 30.46 | 3,167.84 | (0.00) | 3,167.84 |

 **Just Property Restoration**

### CONTINUED - Building 3

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 63. Insulation - fiberglass board, 1" | 104.00 SQ | 156.41 | 16,266.64 | (216.89) | 16,049.75 |
| 64. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| **Totals: Building 3** | | | **78,742.20** | **5,216.77** | **73,525.43** |

### Building 4

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 65. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 114.40 SQ | 389.84 | 44,597.70 | (4,029.74) | 40,567.96 |
| 66. R&R Flash parapet wall only | 400.00 LF | 11.50 | 4,600.00 | (399.60) | 4,200.40 |
| 67. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 104.00 SQ | 87.69 | 9,119.76 | (570.54) | 8,549.22 |
| 68. Remove Insulation - fiberglass board, 1" | 104.00 SQ | 30.46 | 3,167.84 | (0.00) | 3,167.84 |
| 69. Insulation - fiberglass board, 1" | 104.00 SQ | 156.41 | 16,266.64 | (216.89) | 16,049.75 |
| 70. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| **Totals: Building 4** | | | **78,742.20** | **5,216.77** | **73,525.43** |

### Building 5- TPO Roof

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 71. R&R Single ply membrane - Perimeter adhered system - 60 mil *Incl 10% Waste* | 423.50 SQ | 332.06 | 140,627.42 | (11,761.60) | 128,865.82 |
| 72. Remove Insulation - fiberglass board, 1" | 385.00 SQ | 30.46 | 11,727.10 | (0.00) | 11,727.10 |
| 73. Insulation - fiberglass board, 1" | 385.00 SQ | 156.41 | 60,217.85 | (802.90) | 59,414.95 |
| **Totals: Building 5- TPO Roof** | | | **212,572.37** | **12,564.50** | **200,007.87** |
| **Total: Will-Rogers Park Plaza I** | | | **527,541.17** | **33,431.58** | **494,109.59** |

 **Just Property Restoration**

### MacArthur Park

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 74. R&R Modified bitumen roof - hot mopped- incl 10% waste* | 711.70 SQ | 389.84 | 277,449.13 | (25,069.63) | 252,379.50 |
| 75. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 647.00 SQ | 87.69 | 56,735.43 | (3,549.44) | 53,185.99 |
| 76. Remove Insulation - fiberglass board, 1" | 647.00 SQ | 30.46 | 19,707.62 | (0.00) | 19,707.62 |
| 77. Insulation - fiberglass board, 1" | 647.00 SQ | 156.41 | 101,197.27 | (1,349.30) | 99,847.97 |
| 78. Remove Additional charge for high roof (2 stories or greater) | 187.00 SQ | 3.98 | 744.26 | (0.00) | 744.26 |
| 79. Additional charge for high roof (2 stories or greater) | 187.00 SQ | 12.60 | 2,356.20 | (0.00) | 2,356.20 |
| 80. R&R Flash parapet wall only | 900.00 LF | 11.50 | 10,350.00 | (899.10) | 9,450.90 |
| 81. R&R Heating and cooling unit - 5 ton, 140 MBH | 26.00 EA | 9,221.37 | 239,755.62 | (142,895.03) | 96,860.59 |
| 82. R&R Heating and cooling unit - 10 ton, 260 MBH | 7.00 EA | 16,007.96 | 112,055.72 | (67,539.11) | 44,516.61 |
| 83. R&R Roof scupper - aluminum | 23.00 EA | 164.27 | 3,778.21 | (1,017.59) | 2,760.62 |
| 84. R&R Downspout - box - aluminum - 7" to 8"* | 594.00 LF | 16.33 | 9,700.02 | (3,789.72) | 5,910.30 |
| 85. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 30.00 EA | 495.13 | 14,853.90 | (0.00) | 14,853.90 |
| 86. Crane and operator - 14 ton capacity - 65' extension boom | 66.00 HR | 177.97 | 11,746.02 | (0.00) | 11,746.02 |

**Totals: MacArthur Park**     |  |  | 860,429.40 | 246,108.92 | 614,320.48

### 2112 N MacArthur

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 87. R&R Modified bitumen roof - hot mopped- incl 10% waste* | 34.10 SQ | 389.84 | 13,293.55 | (3,002.93) | 10,290.62 |
| 88. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 31.00 SQ | 87.69 | 2,718.39 | (425.17) | 2,293.22 |
| 89. Remove Insulation - fiberglass board, 1" | 31.00 SQ | 30.46 | 944.26 | (0.00) | 944.26 |
| 90. Insulation - fiberglass board, 1" | 31.00 SQ | 156.41 | 4,848.71 | (161.62) | 4,687.09 |
| 91. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 495.13 | 495.13 | (0.00) | 495.13 |

**Totals: 2112 N MacArthur**     |  |  | 22,300.04 | 3,589.72 | 18,710.32

 **Just Property Restoration**

Walnut Creek

### Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 92. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 475.20 SQ | 389.84 | 185,251.97 | (16,738.92) | 168,513.05 |
| 93. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 432.00 SQ | 87.69 | 37,882.08 | (2,369.95) | 35,512.13 |
| 94. Remove Insulation - fiberglass board, 1" | 432.00 SQ | 30.46 | 13,158.72 | (0.00) | 13,158.72 |
| 95. Insulation - fiberglass board, 1" | 432.00 SQ | 156.41 | 67,569.12 | (900.92) | 66,668.20 |
| 96. R&R Siding - steel - Commercial - High grade | 12,316.00 SF | 5.85 | 72,048.60 | (9,031.73) | 63,016.87 |
| 97. R&R Gutter / downspout - box - aluminum - 7" to 8" | 525.00 LF | 16.33 | 8,573.25 | (3,349.50) | 5,223.75 |
| 98. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 8.00 EA | 495.13 | 3,961.04 | (0.00) | 3,961.04 |

| Totals: Building 1 | | | 388,444.78 | 32,391.02 | 356,053.76 |
|---|---|---|---|---|---|

### Building 2

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 99. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 102.30 SQ | 389.84 | 39,880.64 | (3,603.52) | 36,277.12 |
| 100. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 93.00 SQ | 87.69 | 8,155.17 | (510.20) | 7,644.97 |
| 101. Remove Insulation - fiberglass board, 1" | 93.00 SQ | 30.46 | 2,832.78 | (0.00) | 2,832.78 |
| 102. Insulation - fiberglass board, 1" | 93.00 SQ | 156.41 | 14,546.13 | (193.95) | 14,352.18 |
| 103. R&R Siding - steel - Commercial - High grade | 5,850.00 SF | 5.85 | 34,222.50 | (4,290.00) | 29,932.50 |
| 104. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 495.13 | 1,980.52 | (0.00) | 1,980.52 |

| Totals: Building 2 | | | 101,617.74 | 8,597.67 | 93,020.07 |
|---|---|---|---|---|---|

### Building 3

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 105. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 26.27 SQ | 389.84 | 10,241.10 | (925.36) | 9,315.74 |

**Just Property Restoration**

### CONTINUED - Building 3

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 106. R&R Bitumen roof – Add. glass felt layer - hot mopped appl. | 23.88 SQ | 87.69 | 2,094.04 | (131.01) | 1,963.03 |
| 107. Remove Insulation - fiberglass board, 1" | 23.88 SQ | 30.46 | 727.38 | (0.00) | 727.38 |
| 108. Insulation - fiberglass board, 1" | 23.88 SQ | 156.41 | 3,735.07 | (49.80) | 3,685.27 |
| 109. R&R Siding - steel - Commercial - High grade | 731.00 SF | 5.85 | 4,276.35 | (536.07) | 3,740.28 |
| 110. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| Totals: Building 3 | | | 22,064.20 | 1,642.24 | 20,421.96 |

### Building 4

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 111. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 124.30 SQ | 389.84 | 48,457.12 | (4,378.47) | 44,078.65 |
| 112. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 113.00 SQ | 87.69 | 9,908.97 | (619.92) | 9,289.05 |
| 113. Remove Insulation - fiberglass board, 1" | 113.00 SQ | 30.46 | 3,441.98 | (0.00) | 3,441.98 |
| 114. Insulation - fiberglass board, 1" | 113.00 SQ | 156.41 | 17,674.33 | (235.66) | 17,438.67 |
| 115. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| Totals: Building 4 | | | 80,472.66 | 5,234.05 | 75,238.61 |
| Total: Walnut Creek | | | 592,599.38 | 47,864.98 | 544,734.40 |

### Brookwood North

### Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 116. R&R Modified bitumen roof - hot mopped *includes 10% waste* | 165.87 SQ | 389.84 | 64,662.76 | (5,842.77) | 58,819.99 |
| 117. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 136.00 SQ | 87.69 | 11,925.84 | (746.10) | 11,179.74 |

SHADID_25PROP_W_DEPR

 **Just Property Restoration**

## CONTINUED - Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 118. Remove Insulation - fiberglass board, 1" | 136.00 SQ | 30.46 | 4,142.56 | (0.00) | 4,142.56 |
| 119. Insulation - fiberglass board, 1" | 136.00 SQ | 156.41 | 21,271.76 | (283.62) | 20,988.14 |
| 120. R&R Heating and cooling unit - 5 ton, 140 MBH | 6.00 EA | 9,221.37 | 55,328.22 | (32,975.78) | 22,352.44 |
| 121. R&R Counterflashing - Apron flashing | 512.00 LF | 6.73 | 3,445.76 | (184.03) | 3,261.73 |
| 122. R&R Flash parapet wall only | 76.00 LF | 11.50 | 874.00 | (75.92) | 798.08 |
| 123. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 8.00 EA | 495.13 | 3,961.04 | (0.00) | 3,961.04 |
| 124. Crane and operator - 14 ton capacity - 65' extension boom | 12.00 HR | 177.97 | 2,135.64 | (0.00) | 2,135.64 |
| **Totals: Building 1** | | | **167,747.58** | **40,108.22** | **127,639.36** |

## Building 2

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 125. R&R Modified bitumen roof - hot mopped *includes 10% waste* | 318.93 SQ | 389.84 | 124,331.67 | (11,234.31) | 113,097.36 |
| 126. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 277.40 SQ | 87.69 | 24,325.21 | (1,521.82) | 22,803.39 |
| 127. Remove Insulation - fiberglass board, 1" | 277.40 SQ | 30.46 | 8,449.60 | (0.00) | 8,449.60 |
| 128. Insulation - fiberglass board, 1" | 277.40 SQ | 156.41 | 43,388.13 | (578.51) | 42,809.62 |
| 129. R&R Heating and cooling unit - 5 ton, 140 MBH | 18.00 EA | 9,221.37 | 165,984.66 | (98,927.33) | 67,057.33 |
| 130. R&R Counterflashing - Apron flashing | 786.00 LF | 6.73 | 5,289.78 | (282.51) | 5,007.27 |
| 131. R&R Flash parapet wall only | 95.00 LF | 11.50 | 1,092.50 | (94.91) | 997.59 |
| 132. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 22.00 EA | 495.13 | 10,892.86 | (0.00) | 10,892.86 |
| 133. Crane and operator - 14 ton capacity - 65' extension boom | 36.00 HR | 177.97 | 6,406.92 | (0.00) | 6,406.92 |
| **Totals: Building 2** | | | **390,161.33** | **112,639.39** | **277,521.94** |

 **Just Property Restoration**

### Building 3

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 134. R&R Modified bitumen roof - hot mopped *includes 10% waste* | 225.61 SQ | 389.84 | 87,951.80 | (7,947.11) | 80,004.69 |
| 135. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 199.40 SQ | 87.69 | 17,485.39 | (1,093.91) | 16,391.48 |
| 136. Remove Insulation - fiberglass board, 1" | 199.40 SQ | 30.46 | 6,073.72 | (0.00) | 6,073.72 |
| 137. Insulation - fiberglass board, 1" | 199.40 SQ | 156.41 | 31,188.15 | (415.84) | 30,772.31 |
| 138. R&R Gutter / downspout - box - aluminum - 7" to 8" | 630.00 LF | 16.33 | 10,287.90 | (4,019.40) | 6,268.50 |
| 139. R&R Heating and cooling unit - 5 ton, 140 MBH | 4.00 EA | 9,221.37 | 36,885.48 | (21,983.85) | 14,901.63 |
| 140. R&R Counterflashing - Apron flashing | 565.00 LF | 6.73 | 3,802.45 | (203.08) | 3,599.37 |
| 141. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 8.00 EA | 495.13 | 3,961.04 | (0.00) | 3,961.04 |
| 142. Crane and operator - 14 ton capacity - 65' extension boom | 8.00 HR | 177.97 | 1,423.76 | (0.00) | 1,423.76 |
| **Totals: Building 3** | | | **199,059.69** | **35,663.19** | **163,396.50** |

### Building 4

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 143. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 45.97 SQ | 389.84 | 17,920.94 | (1,619.29) | 16,301.65 |
| 144. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 41.79 SQ | 87.69 | 3,664.57 | (229.26) | 3,435.31 |
| 145. Remove Insulation - fiberglass board, 1" | 41.79 SQ | 30.46 | 1,272.92 | (0.00) | 1,272.92 |
| 146. Insulation - fiberglass board, 1" | 41.79 SQ | 156.41 | 6,536.37 | (87.15) | 6,449.22 |
| 147. R&R Flash parapet wall only | 195.00 LF | 11.50 | 2,242.50 | (194.81) | 2,047.69 |
| 148. R&R Gutter / downspout - box - aluminum - 7" to 8" | 183.00 LF | 16.33 | 2,988.39 | (1,167.54) | 1,820.85 |
| 149. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 495.13 | 495.13 | (0.00) | 495.13 |
| **Totals: Building 4** | | | **35,120.82** | **3,298.05** | **31,822.77** |
| **Total: Brookwood North** | | | **792,089.42** | **191,708.85** | **600,380.57** |

SHADID_25PROP_W_DEPR

 **Just Property Restoration**

### 2036 NE 23rd

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 150. R&R Modified bitumen roof - hot mopped- incl 10% waste* | 221.98 SQ | 389.84 | 86,536.69 | (7,819.25) | 78,717.44 |
| 151. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 201.80 SQ | 87.69 | 17,695.84 | (1,107.07) | 16,588.77 |
| 152. Remove Insulation - fiberglass board, 1" | 201.80 SQ | 30.46 | 6,146.83 | (0.00) | 6,146.83 |
| 153. Insulation - fiberglass board, 1" | 201.80 SQ | 156.41 | 31,563.54 | (420.85) | 31,142.69 |
| 154. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 495.13 | 1,980.52 | (0.00) | 1,980.52 |
| **Totals: 2036 NE 23rd** | | | **143,923.42** | **9,347.17** | **134,576.25** |

### 1400 NW 23rd

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 155. Remove Aluminum shingle - including felt - color finish | 33.00 SQ | 63.45 | 2,093.85 | (0.00) | 2,093.85 |
| 156. Aluminum shingle - including felt - color finish | 37.95 SQ | 561.93 | 21,325.24 | (6,092.93) | 15,232.31 |
| 157. Aluminum shingle - ridge or hip - color finish | 99.00 LF | 11.50 | 1,138.50 | (325.29) | 813.21 |
| 158. Remove Additional charge for steep roof greater than 12/12 slope | 33.00 SQ | 20.54 | 677.82 | (0.00) | 677.82 |
| 159. Additional charge for steep roof greater than 12/12 slope | 37.95 SQ | 56.96 | 2,161.63 | (0.00) | 2,161.63 |
| **Totals: 1400 NW 23rd** | | | **27,397.04** | **6,418.22** | **20,978.82** |

### Park Terrace

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 160. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 161.50 SQ | 389.84 | 62,959.17 | (5,688.84) | 57,270.33 |
| 161. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 143.20 SQ | 87.69 | 12,557.21 | (785.60) | 11,771.61 |
| 162. Remove Insulation - fiberglass board, 1" | 143.20 SQ | 30.46 | 4,361.87 | (0.00) | 4,361.87 |
| 163. Insulation - fiberglass board, 1" | 143.20 SQ | 156.41 | 22,397.91 | (298.64) | 22,099.27 |
| 164. R&R Flashing - L flashing - galvanized | 617.00 LF | 3.68 | 2,270.56 | (114.23) | 2,156.33 |

SHADID_25PROP_W_DEPR

**Just Property Restoration**

CONTINUED - Park Terrace

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 165. R&R Heating and cooling unit - 5 ton, 140 MBH | 2.00 EA | 9,221.37 | 18,442.74 | (10,991.93) | 7,450.81 |
| 166. R&R Roof scupper - aluminum | 10.00 EA | 164.27 | 1,642.70 | (442.43) | 1,200.27 |
| 167. R&R Downspout - box - galvanized - 6"* | 250.00 LF | 12.06 | 3,015.00 | (1,460.00) | 1,555.00 |
| 168. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 5.00 EA | 495.13 | 2,475.65 | (0.00) | 2,475.65 |
| 169. Crane and operator - 14 ton capacity - 65' extension boom | 4.00 HR | 177.97 | 711.88 | (0.00) | 711.88 |
| **Totals: Park Terrace** | | | **130,834.69** | **19,781.67** | **111,053.02** |

Indiana Shops

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 170. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 353.93 SQ | 389.84 | 137,976.07 | (12,467.18) | 125,508.89 |
| 171. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 288.20 SQ | 87.69 | 25,272.26 | (1,581.07) | 23,691.19 |
| 172. Remove Insulation - fiberglass board, 1" | 288.20 SQ | 30.46 | 8,778.57 | (0.00) | 8,778.57 |
| 173. Insulation - fiberglass board, 1" | 288.20 SQ | 156.41 | 45,077.36 | (601.03) | 44,476.33 |
| 174. R&R Flash parapet wall only | 369.00 LF | 11.50 | 4,243.50 | (368.63) | 3,874.87 |
| 175. R&R Heating and cooling unit - 5 ton, 140 MBH | 5.00 EA | 9,221.37 | 46,106.85 | (27,479.81) | 18,627.04 |
| 176. R&R Gutter / downspout - box - aluminum - 7" to 8" | 420.00 LF | 16.33 | 6,858.60 | (2,679.60) | 4,179.00 |
| 177. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 9.00 EA | 495.13 | 4,456.17 | (0.00) | 4,456.17 |
| 178. Crane and operator - 14 ton capacity - 65' extension boom | 10.00 HR | 177.97 | 1,779.70 | (0.00) | 1,779.70 |
| **Totals: Indiana Shops** | | | **280,549.08** | **45,177.32** | **235,371.76** |

33 NE 28th

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|

**Just Property Restoration**

CONTINUED - 33 NE 28th

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 179. R&R Prefabricated metal building – per SF | 4,300.00 SF | 10.75 | 46,225.00 | (5,647.33) | 40,577.67 |
| 180. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 495.13 | 2,970.78 | (0.00) | 2,970.78 |
| **Totals: 33 NE 28th** | | | **49,195.78** | **5,647.33** | **43,548.45** |

804 W. Britton

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 181. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 124.33 SQ | 389.84 | 48,468.80 | (4,379.52) | 44,089.28 |
| 182. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 105.00 SQ | 87.69 | 9,207.45 | (576.03) | 8,631.42 |
| 183. Remove Insulation - fiberglass board, 1" | 105.00 SQ | 30.46 | 3,198.30 | (0.00) | 3,198.30 |
| 184. Insulation - fiberglass board, 1" | 105.00 SQ | 156.41 | 16,423.05 | (218.97) | 16,204.08 |
| 185. R&R Flashing - L flashing - galvanized | 300.00 LF | 3.68 | 1,104.00 | (55.54) | 1,048.46 |
| 186. R&R Heating and cooling unit - 5 ton, 140 MBH | 4.00 EA | 9,221.37 | 36,885.48 | (21,983.85) | 14,901.63 |
| 187. R&R Siding - steel - Commercial - High grade | 1,140.00 SF | 5.85 | 6,669.00 | (627.00) | 6,042.00 |
| 188. R&R Gutter / downspout - box - aluminum - 7" to 8" | 177.00 LF | 16.33 | 2,890.41 | (1,129.26) | 1,761.15 |
| 189. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 5.00 EA | 495.13 | 2,475.65 | (0.00) | 2,475.65 |
| 190. Crane and operator - 14 ton capacity - 65' extension boom | 8.00 HR | 177.97 | 1,423.76 | (0.00) | 1,423.76 |
| **Totals: 804 W. Britton** | | | **128,745.90** | **28,970.17** | **99,775.73** |

NE Shopping Center

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 191. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 1,216.71 SQ | 389.84 | 474,322.23 | (42,858.61) | 431,463.62 |

 **Just Property Restoration**

## CONTINUED - NE Shopping Center

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 192. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 1,075.00 SQ | 87.69 | 94,266.75 | (5,897.45) | 88,369.30 |
| 193. Remove Insulation - fiberglass board, 1" | 1,075.00 SQ | 30.46 | 32,744.50 | (0.00) | 32,744.50 |
| 194. Insulation - fiberglass board, 1" | 1,075.00 SQ | 156.41 | 168,140.75 | (2,241.88) | 165,898.87 |
| 195. R&R Flashing - L flashing - galvanized | 2,230.00 LF | 3.68 | 8,206.40 | (412.87) | 7,793.53 |
| 196. R&R Heating and cooling unit - 5 ton, 140 MBH | 23.00 EA | 9,221.37 | 212,091.51 | (126,407.14) | 85,684.37 |
| 197. R&R Heating and cooling unit - 10 ton, 260 MBH | 1.00 EA | 16,007.96 | 16,007.96 | (9,648.44) | 6,359.52 |
| 198. R&R Roof mount power attic vent | 1.00 EA | 380.76 | 380.76 | (51.70) | 329.06 |
| 199. R&R Gutter / downspout - box - aluminum - 7" to 8" | 1,448.00 LF | 16.33 | 23,645.84 | (9,238.24) | 14,407.60 |
| 200. R&R Siding - steel - Commercial - High grade | 3,440.00 SF | 5.85 | 20,124.00 | (1,892.00) | 18,232.00 |
| 201. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 40.00 EA | 495.13 | 19,805.20 | (0.00) | 19,805.20 |
| 202. Crane and operator - 14 ton capacity – 65' extension boom | 48.00 HR | 177.97 | 8,542.56 | (0.00) | 8,542.56 |

**Totals: NE Shopping Center**  1,078,278.46  198,648.33  879,630.13

### Park Plaza

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 203. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 499.84 SQ | 389.84 | 194,857.63 | (17,606.86) | 177,250.77 |
| 204. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 452.00 SQ | 87.69 | 39,635.88 | (2,479.67) | 37,156.21 |
| 205. Remove Insulation - fiberglass board, 1" | 452.00 SQ | 30.46 | 13,767.92 | (0.00) | 13,767.92 |
| 206. Insulation - fiberglass board, 1" | 452.00 SQ | 156.41 | 70,697.32 | (942.63) | 69,754.69 |
| 207. R&R Flashing - L flashing - galvanized | 1,105.00 LF | 3.68 | 4,066.40 | (204.58) | 3,861.82 |
| 208. R&R Counterflashing - Apron flashing | 720.00 LF | 6.73 | 4,845.60 | (258.79) | 4,586.81 |
| 209. R&R Heating and cooling unit - 5 ton, 140 MBH | 15.00 EA | 9,221.37 | 138,320.55 | (82,439.44) | 55,881.11 |

**Just Property Restoration**

CONTINUED - Park Plaza

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 210. R&R Roof mount power attic vent | 4.00 EA | 380.76 | 1,523.04 | (413.63) | 1,109.41 |
| 211. R&R Gutter / downspout - box - aluminum - 7" to 8" | 670.00 LF | 16.33 | 10,941.10 | (4,274.60) | 6,666.50 |
| 212. R&R Roof scupper - aluminum | 2.00 EA | 164.27 | 328.54 | (88.49) | 240.05 |
| 213. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 20.00 EA | 495.13 | 9,902.60 | (0.00) | 9,902.60 |
| 214. Crane and operator - 14 ton capacity - 65' extension boom | 30.00 HR | 177.97 | 5,339.10 | (0.00) | 5,339.10 |
| **Totals: Park Plaza** | | | **494,225.68** | **108,708.69** | **385,516.99** |

3838 Springlake

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 215. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 6.60 SQ | 389.84 | 2,572.94 | (232.49) | 2,340.45 |
| 216. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 6.00 SQ | 87.69 | 526.14 | (32.92) | 493.22 |
| 217. Remove Insulation - fiberglass board, 1" | 6.00 SQ | 30.46 | 182.76 | (0.00) | 182.76 |
| 218. Insulation - fiberglass board, 1" | 6.00 SQ | 156.41 | 938.46 | (12.51) | 925.95 |
| 219. R&R Flashing - L flashing - galvanized | 55.00 LF | 3.68 | 202.40 | (10.18) | 192.22 |
| 220. Remove Laminated - comp. shingle rfg. - w/ felt | 16.85 SQ | 43.23 | 728.43 | (0.00) | 728.43 |
| 221. Laminated - comp. shingle rfg. - w/ felt | 19.67 SQ | 193.62 | 3,808.51 | (253.90) | 3,554.61 |
| 222. R&R Heating and cooling unit - 5 ton, 140 MBH | 1.00 EA | 9,221.37 | 9,221.37 | (2,747.98) | 6,473.39 |
| 223. R&R Gutter / downspout - aluminum - up to 5" | 77.00 LF | 4.94 | 380.38 | (14.04) | 366.34 |
| 224. R&R Siding - vinyl | 1,480.00 SF | 3.16 | 4,676.80 | (167.54) | 4,509.26 |
| 225. R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 57.58 | 57.58 | (3.96) | 53.62 |
| 226. R&R Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 65.11 | 65.11 | (4.56) | 60.55 |
| 227. R&R Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 74.14 | 74.14 | (5.29) | 68.85 |

**Just Property Restoration**

### CONTINUED - 3838 Springlake

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 228. R&R Vinyl window, single hung, 9-12 sf | 1.00 EA | 196.32 | 196.32 | (23.91) | 172.41 |
| 229. Paint vinyl siding - 1 coat* | 1,480.00 SF | 0.58 | 858.40 | (114.45) | 743.95 |
| 230. R&R Roof mount power attic vent - Large | 2.00 EA | 430.62 | 861.24 | (470.62) | 390.62 |
| 231. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 495.13 | 495.13 | (0.00) | 495.13 |
| 232. Crane and operator - 14 ton capacity - 65' extension boom | 2.00 HR | 177.97 | 355.94 | (0.00) | 355.94 |
| **Totals: 3838 Springlake** | | | **26,202.05** | **4,094.35** | **22,107.70** |

### Spencer Shops

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 233. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 455.09 SQ | 389.84 | 177,412.28 | (16,030.55) | 161,381.73 |
| 234. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 409.00 SQ | 87.69 | 35,865.21 | (2,243.77) | 33,621.44 |
| 235. Remove Insulation - fiberglass board, 1" | 409.00 SQ | 30.46 | 12,458.14 | (0.00) | 12,458.14 |
| 236. Insulation - fiberglass board, 1" | 409.00 SQ | 156.41 | 63,971.69 | (852.96) | 63,118.73 |
| 237. R&R Flashing - L flashing - galvanized | 220.00 LF | 3.68 | 809.60 | (40.73) | 768.87 |
| 238. (Install) Single ply membrane - Mechanically attached - 60 mil | 40.50 SQ | 207.70 | 8,411.85 | (801.13) | 7,610.72 |
| 239. Remove Insulation - fiberglass board, 1" | 40.50 SQ | 30.46 | 1,233.63 | (0.00) | 1,233.63 |
| 240. Insulation - fiberglass board, 1" | 40.50 SQ | 156.41 | 6,334.61 | (84.46) | 6,250.15 |
| 241. R&R Heating and cooling unit - 5 ton, 140 MBH | 7.00 EA | 9,221.37 | 64,549.59 | (38,471.74) | 26,077.85 |
| 242. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 495.13 | 7,426.95 | (0.00) | 7,426.95 |
| 243. Crane and operator - 14 ton capacity - 65' extension boom | 14.00 HR | 177.97 | 2,491.58 | (0.00) | 2,491.58 |
| **Totals: Spencer Shops** | | | **380,965.13** | **58,525.34** | **322,439.79** |

 **Just Property Restoration**

### Sooner Market Place

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 244. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 840.59 SQ | 389.84 | 327,695.61 | (29,609.78) | 298,085.83 |
| 245. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 734.10 SQ | 87.69 | 64,373.23 | (4,027.27) | 60,345.96 |
| 246. Remove Insulation - fiberglass board, 1" | 734.10 SQ | 30.46 | 22,360.69 | (0.00) | 22,360.69 |
| 247. Insulation - fiberglass board, 1" | 734.10 SQ | 156.41 | 114,820.58 | (1,530.94) | 113,289.64 |
| 248. R&R Flashing - L flashing - galvanized | 297.00 LF | 3.68 | 1,092.96 | (54.99) | 1,037.97 |
| 249. R&R Flash parapet wall only | 1,107.00 LF | 11.50 | 12,730.50 | (1,105.89) | 11,624.61 |
| 250. R&R Counterflashing - Apron flashing | 202.00 LF | 6.73 | 1,359.46 | (72.60) | 1,286.86 |
| 251. R&R Heating and cooling unit - 5 ton, 140 MBH | 24.00 EA | 9,221.37 | 221,312.88 | (131,903.10) | 89,409.78 |
| 252. R&R Roof mount power attic vent | 4.00 EA | 380.76 | 1,523.04 | (1,034.09) | 488.95 |
| 253. R&R Gutter / downspout - box - aluminum - 7" to 8" | 1,013.00 LF | 16.33 | 16,542.29 | (6,462.94) | 10,079.35 |
| 254. Prime & paint gutter / downspout - Oversized | 1,013.00 LF | 1.47 | 1,489.11 | (992.74) | 496.37 |
| 255. R&R Carport - Freestanding metal - Heavy load | 2,727.00 SF | 15.35 | 41,859.45 | (12,553.29) | 29,306.16 |
| 256. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 35.00 EA | 495.13 | 17,329.55 | (0.00) | 17,329.55 |
| 257. Crane and operator - 14 ton capacity - 65' extension boom | 48.00 HR | 177.97 | 8,542.56 | (0.00) | 8,542.56 |

**Totals: Sooner Market Place**     **853,031.91**     **189,347.63**     **663,684.28**

### Delwood

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 258. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 105.38 SQ | 389.84 | 41,081.34 | (3,712.01) | 37,369.33 |
| 259. Remove Additional charge for high roof (2 stories or greater) | 62.00 SQ | 3.98 | 246.76 | (0.00) | 246.76 |
| 260. Additional charge for high roof (2 stories or greater) | 62.00 SQ | 12.60 | 781.20 | (0.00) | 781.20 |
| 261. R&R Flashing - L flashing - galvanized | 527.00 LF | 3.68 | 1,939.36 | (97.57) | 1,841.79 |
| 262. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 95.30 SQ | 87.69 | 8,356.86 | (522.82) | 7,834.04 |

SHADID_25PROP_W_DEPR

**Just Property Restoration**

CONTINUED - Delwood

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 263. Remove Insulation - fiberglass board, 1" | 95.30 SQ | 30.46 | 2,902.84 | (0.00) | 2,902.84 |
| 264. Insulation - fiberglass board, 1" | 95.30 SQ | 156.41 | 14,905.87 | (198.74) | 14,707.13 |
| 265. R&R Counterflashing - Apron flashing | 50.00 LF | 6.73 | 336.50 | (17.97) | 318.53 |
| 266. R&R Heating and cooling unit - 5 ton, 140 MBH | 6.00 EA | 9,221.37 | 55,328.22 | (32,975.78) | 22,352.44 |
| 267. R&R Roof mount power attic vent | 2.00 EA | 380.76 | 761.52 | (517.04) | 244.48 |
| 268. R&R Gutter / downspout - box - aluminum - 7" to 8" | 313.00 LF | 16.33 | 5,111.29 | (1,996.94) | 3,114.35 |
| 269. Prime & paint gutter / downspout - Oversized | 313.00 LF | 1.47 | 460.11 | (306.74) | 153.37 |
| 270. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 495.13 | 2,970.78 | (0.00) | 2,970.78 |
| 271. Crane and operator - 14 ton capacity - 65' extension boom | 12.00 HR | 177.97 | 2,135.64 | (0.00) | 2,135.64 |

| Totals: Delwood | | | 137,318.29 | 40,345.61 | 96,972.68 |
|---|---|---|---|---|---|

Hartsdel

Building 1

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 272. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 622.25 SQ | 389.84 | 242,577.94 | (21,918.76) | 220,659.18 |
| 273. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 558.60 SQ | 87.69 | 48,983.63 | (3,064.48) | 45,919.15 |
| 274. Remove Insulation - fiberglass board, 1" | 558.60 SQ | 30.46 | 17,014.96 | (0.00) | 17,014.96 |
| 275. Insulation - fiberglass board, 1" | 558.60 SQ | 156.41 | 87,370.63 | (1,164.94) | 86,205.69 |
| 276. R&R Flashing - L flashing - galvanized | 1,416.00 LF | 3.68 | 5,210.88 | (262.16) | 4,948.72 |
| 277. R&R Counterflashing - Apron flashing | 118.00 LF | 6.73 | 794.14 | (42.41) | 751.73 |
| 278. R&R Heating and cooling unit - 5 ton, 140 MBH | 2.00 EA | 9,221.37 | 18,442.74 | (10,991.93) | 7,450.81 |
| 279. R&R Heating and cooling unit - 10 ton, 260 MBH | 3.00 EA | 16,007.96 | 48,023.88 | (28,945.33) | 19,078.55 |

**Just** Property Restoration

**CONTINUED - Building 1**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 280. R&R Lighted sign - wall mtd. - custom logo - 5' x 10' | 1.00 EA | 6,359.41 | 6,359.41 | (6,302.93) | 56.48 |
| 281. R&R Gutter / downspout - box - aluminum - 7" to 8" | 836.00 LF | 16.33 | 13,651.88 | (5,333.68) | 8,318.20 |
| 282. Prime & paint gutter / downspout - Oversized | 836.00 LF | 1.47 | 1,228.92 | (819.28) | 409.64 |
| 283. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 495.13 | 7,426.95 | (0.00) | 7,426.95 |
| 284. Crane and operator - 14 ton capacity - 65' extension boom | 10.00 HR | 177.97 | 1,779.70 | (0.00) | 1,779.70 |
| **Totals: Building 1** | | | **498,865.66** | **78,845.90** | **420,019.76** |

**Building 2**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 285. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 36.39 SQ | 389.84 | 14,186.28 | (1,281.84) | 12,904.44 |
| 286. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 33.08 SQ | 87.69 | 2,900.78 | (181.48) | 2,719.30 |
| 287. Remove Insulation - fiberglass board, 1" | 33.08 SQ | 30.46 | 1,007.62 | (0.00) | 1,007.62 |
| 288. Insulation - fiberglass board, 1" | 33.08 SQ | 156.41 | 5,174.04 | (68.99) | 5,105.05 |
| 289. R&R Flashing - L flashing - galvanized | 253.00 LF | 3.68 | 931.04 | (46.84) | 884.20 |
| 290. R&R Gutter / downspout - box - aluminum - 7" to 8" | 80.00 LF | 16.33 | 1,306.40 | (510.40) | 796.00 |
| 291. Prime & paint gutter / downspout - Oversized | 80.00 LF | 1.47 | 117.60 | (78.40) | 39.20 |
| 292. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 495.13 | 495.13 | (0.00) | 495.13 |
| **Totals: Building 2** | | | **26,118.89** | **2,167.95** | **23,950.94** |
| **Total: Hartsdel** | | | **524,984.55** | **81,013.85** | **443,970.70** |

**Wabash**

 **Just Property Restoration**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 293. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 58.04 SQ | 389.84 | 22,626.31 | (2,044.46) | 20,581.85 |
| 294. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 49.71 SQ | 87.69 | 4,359.07 | (272.71) | 4,086.36 |
| 295. Remove Insulation - fiberglass board, 1" | 49.71 SQ | 30.46 | 1,514.17 | (0.00) | 1,514.17 |
| 296. Insulation - fiberglass board, 1" | 49.71 SQ | 156.41 | 7,775.14 | (103.67) | 7,671.47 |
| 297. R&R Heating and cooling unit - 2 ton, 80 MBH | 3.00 EA | 5,604.60 | 16,813.80 | (9,802.69) | 7,011.11 |
| 298. R&R Gutter / downspout - box - aluminum - 7" to 8" | 155.00 LF | 16.33 | 2,531.15 | (988.90) | 1,542.25 |
| 299. R&R Roof scupper - aluminum | 2.00 EA | 164.27 | 328.54 | (88.49) | 240.05 |
| 300. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 495.13 | 990.26 | (0.00) | 990.26 |
| 301. Crane and operator - 14 ton capacity - 65' extension boom | 6.00 HR | 177.97 | 1,067.82 | (0.00) | 1,067.82 |

| Totals: Wabash | | | 58,006.26 | 13,300.92 | 44,705.34 |
|---|---|---|---|---|---|

## Victoria

### Building 1 (Main)

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 302. R&R Modified bitumen roof - hot mopped *Incl 10% Waste* | 127.91 SQ | 389.84 | 49,864.44 | (4,505.63) | 45,358.81 |
| 303. R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 104.08 SQ | 87.69 | 9,126.77 | (570.98) | 8,555.79 |
| 304. Remove Insulation - fiberglass board, 1" | 104.08 SQ | 30.46 | 3,170.28 | (0.00) | 3,170.28 |
| 305. Insulation - fiberglass board, 1" | 104.08 SQ | 156.41 | 16,279.15 | (217.06) | 16,062.09 |
| 306. Additional charge for high roof (2 stories or greater) | 75.70 SQ | 12.60 | 953.82 | (0.00) | 953.82 |
| 307. Remove Additional charge for high roof (2 stories or greater) | 75.70 SQ | 3.98 | 301.29 | (0.00) | 301.29 |
| 308. R&R Heating and cooling unit - 2 ton, 80 MBH | 5.00 EA | 5,604.60 | 28,023.00 | (16,337.81) | 11,685.19 |
| 309. R&R Gutter / downspout - box - aluminum - 7" to 8" | 60.00 LF | 16.33 | 979.80 | (382.80) | 597.00 |
| 310. R&R Roof scupper - aluminum | 2.00 EA | 164.27 | 328.54 | (88.49) | 240.05 |
| 311. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 3.00 EA | 495.13 | 1,485.39 | (0.00) | 1,485.39 |
| 312. Crane and operator - 14 ton capacity - 65' extension boom | 10.00 HR | 177.97 | 1,779.70 | (0.00) | 1,779.70 |

| Totals: Building 1 (Main) | | | 112,292.18 | 22,102.77 | 90,189.41 |
|---|---|---|---|---|---|

 **Just Property Restoration**

| Total: Victoria | 112,292.18 | 22,102.77 | 90,189.41 |
|---|---|---|---|
| Line Item Totals: SHADID_NEWPORT | 8,592,086.02 | 1,605,347.17 | 6,986,738.85 |

 **Just Property Restoration**

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 8,592,086.02 |
| Material Sales Tax | @ | 8.500% | 256,512.69 |
| | | | |
| Subtotal | | | 8,848,598.71 |
| Overhead | @ | 10.0% | 884,860.11 |
| Profit | @ | 10.0% | 973,346.18 |
| | | | |
| **Replacement Cost Value** | | | **$10,706,805.00** |
| Less Depreciation | | | (1,680,842.74) |
| | | | |
| **Actual Cash Value** | | | **$9,025,962.26** |
| **Net Claim** | | | **$9,025,962.26** |
| | | | |
| Total Recoverable Depreciation | | | 1,680,842.74 |
| | | | |
| **Net Claim if Depreciation is Recovered** | | | **$10,706,805.00** |

 **Just Property Restoration**

## Recap by Room

**Estimate: SHADID_NEWPORT**

|  |  |  |
|---|---|---|
| Newport | 314,543.75 | 3.66% |
| Lakeshore | 450,876.02 | 5.25% |
| **Area: Will Rogers Park Plaza II** | | |
| Building 1 | 431,350.35 | 5.02% |
| Building 2 | 174,406.07 | 2.03% |
| Area Subtotal:  Will Rogers Park Plaza II | 605,756.42 | 7.05% |
| **Area: Will-Rogers Park Plaza I** | | |
| Building 1 | 78,742.20 | 0.92% |
| Building 2 | 78,742.20 | 0.92% |
| Building 3 | 78,742.20 | 0.92% |
| Building 4 | 78,742.20 | 0.92% |
| Building 5- TPO Roof | 212,572.37 | 2.47% |
| Area Subtotal:  Will-Rogers Park Plaza I | 527,541.17 | 6.14% |
| MacArthur Park | 860,429.40 | 10.01% |
| 2112 N MacArthur | 22,300.04 | 0.26% |
| **Area: Walnut Creek** | | |
| Building 1 | 388,444.78 | 4.52% |
| Building 2 | 101,617.74 | 1.18% |
| Building 3 | 22,064.20 | 0.26% |
| Building 4 | 80,472.66 | 0.94% |
| Area Subtotal:  Walnut Creek | 592,599.38 | 6.90% |
| **Area: Brookwood North** | | |
| Building 1 | 167,747.58 | 1.95% |
| Building 2 | 390,161.33 | 4.54% |
| Building 3 | 199,059.69 | 2.32% |
| Building 4 | 35,120.82 | 0.41% |
| Area Subtotal:  Brookwood North | 792,089.42 | 9.22% |
| 2036 NE 23rd | 143,923.42 | 1.68% |
| 1400 NW 23rd | 27,397.04 | 0.32% |
| Park Terrace | 130,834.69 | 1.52% |
| Indiana Shops | 280,549.08 | 3.27% |
| 33 NE 28th | 49,195.78 | 0.57% |
| 804 W. Britton | 128,745.90 | 1.50% |
| NE Shopping Center | 1,078,278.46 | 12.55% |
| Park Plaza | 494,225.68 | 5.75% |

 **Just Property Restoration**

| | | |
|---|---:|---:|
| 3838 Springlake | 26,202.05 | 0.30% |
| Spencer Shops | 380,965.13 | 4.43% |
| Sooner Market Place | 853,031.91 | 9.93% |
| Delwood | 137,318.29 | 1.60% |
| **Area: Hartsdel** | | |
| Building 1 | 498,865.66 | 5.81% |
| Building 2 | 26,118.89 | 0.30% |
| Area Subtotal: Hartsdel | 524,984.55 | 6.11% |
| Wabash | 58,006.26 | 0.68% |
| **Area: Victoria** | | |
| Building 1 (Main) | 112,292.18 | 1.31% |
| Area Subtotal: Victoria | 112,292.18 | 1.31% |
| **Subtotal of Areas** | **8,592,086.02** | **100.00%** |
| **Total** | **8,592,086.02** | **100.00%** |

 **Just Property Restoration**

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| AWNINGS & PATIO COVERS | | | 67,765.67 | 22,588.56 | 45,177.11 |
| GENERAL DEMOLITION | | | 935,715.81 | | 935,715.81 |
| DRYWALL | | | 1,520.00 | 152.00 | 1,368.00 |
| MISC. EQUIPMENT - COMMERCIAL | | | 6,302.93 | 6,302.93 | 0.00 |
| HEAVY EQUIPMENT | | | 70,832.06 | | 70,832.06 |
| HEAT, VENT & AIR CONDITIONING | | | 1,773,071.42 | 1,074,034.30 | 699,037.12 |
| PAINTING | | | 7,487.74 | 4,085.21 | 3,402.53 |
| ROOFING | | | 5,367,894.78 | 405,114.38 | 4,962,780.40 |
| SIDING | | | 150,564.10 | 19,696.57 | 130,867.53 |
| SOFFIT, FASCIA, & GUTTER | | | 167,731.57 | 67,258.22 | 100,473.35 |
| STEEL COMPONENTS | | | 42,355.00 | 5,647.33 | 36,707.67 |
| WINDOWS - SKYLIGHTS | | | 665.63 | 443.76 | 221.87 |
| WINDOWS - VINYL | | | 179.31 | 23.91 | 155.40 |
| O&P Items Subtotal | | | 8,592,086.02 | 1,605,347.17 | 6,986,738.85 |
| Material Sales Tax | @ | 8.500% | 256,512.69 | 75,495.57 | 181,017.12 |
| Overhead | @ | 10.0% | 884,860.11 | | 884,860.11 |
| Profit | @ | 10.0% | 973,346.18 | | 973,346.18 |
| Total | | | 10,706,805.00 | 1,680,842.74 | 9,025,962.26 |