### LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
JPN@LCBA-LAW.COM

February 7, 2014

Mark Engel
Mansell & Engel
101 Park Ave., Suite 665
Oklahoma City, OK 73102

  Re: Insured:   Charles A. Shadid, LLC
     Claim #:   PR1200037375
     Date of Loss: 5/31/2103
     Our File #:  125.131880

Dear Mr. Engel:

  Consistent with our discussion during the recent examination under oath of your client, Charles Shadid, I have outlined the outstanding document requests in this letter. In addition to the documents which you brought to the EUO, Aspen is requesting the production of the following documents:

1. All repair estimates, invoices, cancelled checks relative to such repairs, and public adjuster's reports that relate to any properties damaged in the 2010 weather event which has given rise to the claim against Covington Insurance Company;

2. Any documents which you have produced in support of your claim for property damage in connection with the litigation regarding the 2010 property damage claim;

3. All photographs of the properties taken after the 2010 weather event but prior to the occurrence of any repairs to the properties.

4. All photographs of the properties taken after the 2010 weather event after the completion of any repairs to the properties.

5. All photographs of the properties take after the 2013 weather event.

6. All documents regarding any major exterior repairs to the properties occuring within the 10 years prior to the date of loss.

EXHIBIT 23

7. Invoices and repair estimates for all repairs occasioned by the 2013 weather event which is the subject of your claim against Aspen.

In addition to these documents, we discussed the possibility of obtaining a financial records release allowing us to obtain copies of the cancelled checks evidencing the repairs to the properties. This would relieve your client from having to expend time to locate the requested checks. Please advise if this is an acceptable request and I will forward a release for Mr. Shadid's signature.

Please contact me once you have had an opportunity to review this letter and advise when we can expect to receive the requested documents.

Sincerely,

S/James P. Nader

JAMES P. NADER

JPN/crr/dc