| Date | Role | Description | Hours |
|---|---|---|---|
| 4/10/2014 | Hourly Adjuster | KS- Received/reviewed 5-page letter dated 3-18-2014 from attorney Engel. [redacted] | 1.20 |
| 4/10/2014 | Hourly Adjuster | KS- Prep reply letter to insured [redacted] Review prior communications and outstanding info requested for letter prep. Give to WM to review. | 1.60 |
| 4/11/2014 | Hourly Adjuster | KS- WM ok with letter. [redacted] | 0.30 |
| 4/11/2014 | Hourly Adjuster | KS- [redacted] Emailed to insured, Mark Engel, Cliff Miller, and Jonna. Printed for mailing to insured. | 0.35 |
| 4/11/2014 | Hourly Adjuster | KS- Insured provided a written statement and acknowledged engineering inspections to begin on 5/5/2014. | 0.15 |
| 4/21/2014 | Hourly Adjuster | KS- Coordinate travel dates/times with other ACM adjusters. Scheduled/bought airline tickets, rental car, hotel. | 1.50 |
| 4/22/2014 | MGA- Wayne Marks | WM- travel to OKC- pro-rated | 3.00 |
| 4/22/2014 | MGA- Wayne Marks | wm- driveby at sites claimed. no detailed insp performed. From parking lots- no evidence of work in progress at sites. | 4.20 |
| 4/23/2014 | MGA- Wayne Marks | WM- review sites being claimed- no evidence of work in progress. | 4.20 |
| 4/24/2014 | MGA- Wayne Marks | WM-return travel - pro-rated | 2.50 |
| 4/24/2014 | Hourly Adjuster | KS- Received/reviewed letter from insured dated 4-21-2014. [redacted] | 0.50 |
| 4/25/2014 | Hourly Adjuster | KS- Review with WM: claim status and new reply letter dated 4-21-2014 from insured. | 0.30 |
| 4/28/2014 | Hourly Adjuster | KS- Corr with engineer on upcoming inspection. | 0.25 |
| 4/28/2014 | Hourly Adjuster | KS- [redacted] | 0.25 |
| 5/2/2014 | Hourly Adjuster | KS- Advised insured of time/place to begin inspections on Monday. | 0.10 |
| 5/2/2014 | Hourly Adjuster | KS- [redacted] | 0.10 |
| 5/4/2014 | Hourly Adjuster | KS- Travel to airport, CLT-ATL-OKC, drive to hotel. | 6.00 |
| 5/4/2014 | Hourly General Adjuster | FM- Travel to airport, CLT-ATL-OKC, drive to hotel. | 6.00 |
| 5/4/2014 | Hourly Adjuster | BW- Travel to airport, CLT-ATL-OKC, drive to hotel. | 6.00 |
| 5/5/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 7.50 |
| 5/5/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/5/2014 | Hourly General Adjuster | FM- Inspect property with engineers. | 8.00 |
| 5/5/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | |

EXHIBIT 27

| Date | Role | Description | Hours |
|---|---|---|---|
| 5/5/2014 | Hourly Adjuster | BW- Inspect property with engineers. | 8.00 |
| 5/5/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/6/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 8.50 |
| 5/6/2014 | Hourly Adjuster | BW- Inspect property with engineers. | 8.50 |
| 5/6/2014 | Hourly General Adjuster | FM- Inspect property with engineers. | 8.50 |
| 5/6/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/6/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/6/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/7/2014 | Hourly Adjuster | KS- Online research of Alamo Construction Company. Found that it has the same address and main phone number as insured's office. Unable at this time to find info on this being a viable company; no ownership info found online related to business. May need to find out if it actually is registered with the state as a business and who the owner is. Research parcel data records on address 2929 SW 20th Street, shown on Alamo Construction letterhead. | 0.60 |
| 5/7/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 8.50 |
| 5/7/2014 | Hourly Adjuster | BW- Inspect property with engineers. | 8.50 |
| 5/7/2014 | Hourly General Adjuster | FM- Inspect property with engineers. | 8.50 |
| 5/7/2014 | Hourly Adjuster | KS- UBSE still waiting on invoice payment. Advised JH. | 0.15 |
| 5/7/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.75 |
| 5/7/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/7/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/8/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 8.00 |
| 5/8/2014 | Hourly Adjuster | BW- Inspect property with engineers. | 8.00 |
| 5/8/2014 | Hourly General Adjuster | FM- Inspect property with engineers. | 8.00 |
| 5/8/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.70 |
| 5/8/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/8/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 0.70 |
| 5/9/2014 | Hourly General | FM-Continued inspection with engineers | 8.50 |

| Date | Adjuster | Description | Hours |
|---|---|---|---|
| 5/9/2014 | Hourly General Adjuster | FM-Sorted inspection data and provided to KS | 1.00 |
| 5/9/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 8.50 |
| 5/9/2014 | Hourly Adjuster | BW- Inspect property with engineers. | 8.50 |
| 5/9/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/9/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 1.00 |
| 5/10/2014 | Hourly Adjuster | KS- Inspect property with engineers. | 4.00 |
| 5/10/2014 | Hourly Adjuster | BW - Inspect property with engineers. | 4.00 |
| 5/10/2014 | Hourly General Adjuster | FM- Inspect property with engineers. | 4.00 |
| 5/10/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/10/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/10/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/11/2014 | Hourly Adjuster | KS- KS/BW/FM review and discuss claim/inspection findings relating to plans going forward. | 0.50 |
| 5/11/2014 | Hourly Adjuster | BW- KS/BW/FM review and discuss claim/inspection findings relating to plans going forward. | 0.50 |
| 5/11/2014 | Hourly General Adjuster | FM- KS/BW/FM review and discuss claim/inspection findings relating to plans going forward. | 0.50 |
| 5/11/2014 | Hourly Adjuster | KS- Create spreadsheet to track the tenant units that we have (and have not) inspected thus far, so we know what we have left to inspect. Review with inspection team to plan next few days of inspections to accomplish goals. | 2.50 |
| 5/12/2014 | Hourly Adjuster | KS- Interior inspections of buildings. | 8.00 |
| 5/12/2014 | Hourly Adjuster | BW- Interior inspections of buildings. | 8.00 |
| 5/12/2014 | Hourly General Adjuster | FM- Interior inspections of buildings. | 8.00 |
| 5/12/2014 | Hourly Adjuster | KS- [redacted] | 0.20 |
| 5/12/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/12/2014 | Hourly Adjuster | BW- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/12/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/13/2014 | Hourly Adjuster | KS- Interior inspections of buildings. | 8.25 |

| Date | Role | Description | Hours |
|---|---|---|---|
| 5/13/2014 | Hourly Adjuster | BW- Interior inspections of buildings. | 8.25 |
| 5/13/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/13/2014 | Hourly General Adjuster | FM- Interior inspections of buildings. | 4.00 |
| 5/13/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/14/2014 | Hourly Adjuster | KS- Interior inspections of buildings. | 7.50 |
| 5/14/2014 | Hourly Adjuster | BW- Interior inspections of buildings. | 7.50 |
| 5/14/2014 | Hourly General Adjuster | FM- Interior inspections of buildings. | 7.50 |
| 5/14/2014 | Hourly Adjuster | KS- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/14/2014 | Hourly General Adjuster | FM- Download/sort/review/manage inspection photos, notes, data. | 0.50 |
| 5/14/2014 | Hourly Adjuster | KS- Reviewed hail event spreadsheet from engineer. Forward to WM/FM/BW for review. | 0.30 |
| 5/15/2014 | Hourly Adjuster | KS- Travel to airport, OKC-ATL-CLT, drive home. | 6.00 |
| 5/15/2014 | Hourly Adjuster | BW- Travel to airport, OKC-ATL-CLT, drive home. | 6.00 |
| 5/15/2014 | Hourly General Adjuster | FM- Travel to airport, OKC-ATL-CLT, drive home. | 6.00 |
| 5/16/2014 | Hourly Adjuster | KS- [redacted] | 0.20 |
| 5/16/2014 | Hourly General Adjuster | FM-Reviewed inspection with WM and KS. Discussed claim strategy and future activities | 0.50 |
| 5/16/2014 | Hourly Adjuster | KS- Reviewed inspection with WM and FM. Discussed claim strategy and future activities. | 0.50 |
| 5/19/2014 | Hourly Adjuster | KS- Received/reviewed Hail Trail report from Dan Heyer. | 0.25 |
| 5/19/2014 | Hourly Adjuster | KS- Finish sorting thousands of photos from inspection. Upload to server. | 2.00 |
| 5/19/2014 | Hourly Adjuster | KS- Prepare extensive receipt reimbursement sheet for trip expenses, print credit card statements and highlight reimbursable expenses. Review/verify expenses; submit for payment. | 1.00 |
| 5/20/2014 | Hourly Adjuster | KS- [redacted] | 1.00 |
| 5/20/2014 | Hourly Adjuster | KS- [redacted] Mailed/emailed to insured. | 0.15 |
| 5/20/2014 | Hourly Adjuster | KS- Corr with engineer on roof ages; advised that today I sent letter to insured asking (again) for this info. | 0.15 |
| 5/21/2014 | Hourly General Adjuster | FM-Prepped expense report | 0.75 |
| 5/21/2014 | Hourly Adjuster | KS- Advised Jason Holley (agent claims advocate) of current status of claim. | 0.10 |