| Date | Services | Description | Amount |
|---|---|---|---|
| 5/27/2014 | Hourly Adjuster | KS- Review report format from engineer for use in all reports. | 0.50 |
| 5/28/2014 | Hourly Adjuster | KS- Gave JH update on recent inspection. Advised of issues. Cc'd WM/FM. | 0.35 |
| 5/29/2014 | MGA- Wayne Marks | WM- disc coverage issues, occurence issues with carrier and handler | 1.20 |
| 5/29/2014 | Hourly Adjuster | KS- KS/WM review engineer's proposed reporting format for the 25 locations. Will need to review with JH. Advised Dan Heyer of status. | 0.60 |
| 6/2/2014 | MGA- Wayne Marks | WM- [redacted] | 1.20 |
| 6/3/2014 | Hourly Adjuster | KS- Corr with WM and Dan Heyer on report format. [redacted] | 0.20 |
| 6/5/2014 | MGA- Wayne Marks | [redacted] | 1.50 |
| 6/5/2014 | Hourly Adjuster | KS- Received/reviewed interim invoices from engineer. | 0.40 |
| 6/9/2014 | Hourly Adjuster | KS- Review letter from insured and about 150 pages of claim support. [redacted] | 1.00 |
| 6/9/2014 | MGA- Wayne Marks | WM-review file with handler. Plan for conf call with counsel and carrier tomorrow. | 2.00 |
| 6/9/2014 | Hourly Adjuster | KS- [redacted] | 1.00 |
| 6/10/2014 | Hourly Adjuster | KS- Conference call with counsel and WM to review claim, issues, concerns, etc. related to reporting, underwriting, prior claims, etc. | 1.00 |
| 6/10/2014 | Hourly Adjuster | KS- Received EUO transcripts from counsel. Reviewed in detail. | 1.00 |
| 6/12/2014 | Hourly Adjuster | KS- In prep for writing status report, reviewed prior report and extensive claim file (correspondence, documents, notes, etc.). Setup ESX file for new reporting. | 1.50 |
| 6/12/2014 | Hourly Adjuster | KS-Work on status report. | 3.00 |
| 6/13/2014 | Hourly Adjuster | KS- Continued work on status report write-up. | 3.00 |
| 6/16/2014 | Hourly Adjuster | KS- Finish writing detailed status report. Compile/include lots of documentation, correspondence, etc. Submit for review. | 3.50 |
| 6/19/2014 | MGA- Wayne Marks | WM-rpt rvw, sent to SL for sub to carr | 1.00 |
| 6/19/2014 | Hourly Adjuster | KS- Edits to report. Review with WM. Submit. | 0.75 |
| 6/20/2014 | Hourly Clerical | SL-Prepped T&E bill, compiled with report, sent to Aspen, uploaded to FileTrac and server. | 0.25 |
| **TOTAL** | | | **534.90** |

**Non-Hourly Charges & Expense Log for Invoice # 13-11014-1**

| DATE | Services | DESCRIPTION | Amount |
|---|---|---|---|
| 8/16/2013 | Office Expense | Office Expense | |
| 9/22/2013 | Mileage | KS- Roundtrip mileage to/from airport 2 x 40 | |
| 9/27/2013 | Multiple Building Fee | KS- 47 buildings in claim. | |


EXHIBIT 29