| Location address | 2010 Claim date | Approximate Date of Roof Repair |
|---|---|---|
| 16th & Indiana | 5/16/2010 | 7/12/2010 |
| 804 Britton Rd | 5/16/2010 | 10/3/2011 |
| 1400 NW 23rd | 5/16/2010 | 6/23/2010 |
| 2036 NE 23rd | 5/16/2010 | 10/3/2011 |
| Spencer Shopping Center | 5/16/2010 | 3/9/2011 |
| Airline/Newcastle Shopping Center | 5/16/2010 | 11/5/2010 |
| Delwood Shopping Center | 5/16/2010 | 7/1/2010 |
| Lakeshore Shopping Center | 5/16/2010 | 8/6/2010 |
| MacArthur Park Shopping Center | 5/16/2010 | 10/3/2011 |
| 2700 N. Agnew | 5/16/2010 | 2/5/2013 |
| Newport Shopping Center | 5/16/2010 | 9/29/2011 |
| Northeast Shopping Center | 5/16/2010 | 10/3/2011 |
| Park Plaza Shopping Center | 5/16/2010 | Part 8/17/10 and Part 12/6/2010 |
| Sooner Market Place | 5/16/2010 | Part 5/27/2010 and Part 6/22/2011 |
| Victoria Building | 5/16/2010 | Part 7/16/2010 and Part 3/6/2012 |
| Wabash Building | 5/16/2010 | 9/29/2011 |
| Walnut Creek Shopping Center | 5/16/2010 | 10/3/2011 |
| Will Rogers I | 5/16/2010 | Part 10/03/2011 and Part 3/6/2012 |
| Will Rogers II | 5/16/2010 | Part 3/6/2012 and Part 8/17/2012 |
| 3838 Springlake Dr | 5/16/2010 | 7/30/2010 |
| 33 NE 28th | No Claim Made | In 2010 |
| 5810 S. Western | 5/10/2010 | 10/3/2011 |
| Brookwood Shopping Center | 5/10/2010 | 9/1/2010 |
| Hartsdel Shopping Center | 5/10/2010 | 10/3/2011 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBIT**

tabbies

32