

**Associated Claims Management INC.**

510 E. 1st Street
Oakboro, NC  28129

## NOAA - Hail - Oklahoma County  4/30/2003 - 4/30/2013

| Location | County | State | Date | Time | Type | Size |
|---|---|---|---|---|---|---|
| EDMOND | OKLAHOMA CO. | OK | 5/9/2003 | 16:08 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 18:35 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 18:45 CST | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 5/9/2003 | 18:30 CST | Hail | 1.25 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 18:33 CST | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 18:40 CST | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 18:46 CST | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/9/2003 | 20:50 CST | Hail | 1.75 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 5/9/2003 | 21:40 CST | Hail | 1.75 in. |
| JONES | OKLAHOMA CO. | OK | 5/9/2003 | 21:58 CST | Hail | 1.75 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/19/2003 | 21:35 CST | Hail | 1.00 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 4/21/2004 | 15:41 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 4/21/2004 | 15:55 CST | Hail | 1.00 in. |
| HARRAH | OKLAHOMA CO. | OK | 4/21/2004 | 16:28 CST | Hail | 1.00 in. |
| HARRAH | OKLAHOMA CO. | OK | 4/21/2004 | 16:32 CST | Hail | 1.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 4/21/2004 | 16:30 CST | Hail | 1.25 in. |
| BETHANY | OKLAHOMA CO. | OK | 4/21/2004 | 15:14 CST | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 4/21/2004 | 15:26 CST | Hail | 1.75 in. |
| THE VLG | OKLAHOMA CO. | OK | 4/21/2004 | 15:50 CST | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 4/21/2004 | 15:30 CST | Hail | 3.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/24/2004 | 23:30 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/24/2004 | 0:23 CST | Hail | 1.25 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/2/2004 | 13:45 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/2/2004 | 13:55 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/2/2004 | 13:59 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/2/2004 | 14:05 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/2/2004 | 13:45 CST | Hail | 1.25 in. |
| EDMOND | OKLAHOMA CO. | OK | 8/10/2004 | 23:26 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 11/10/2004 | 16:27 CST | Hail | 1.25 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/13/2005 | 7:35 CST | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 6/4/2005 | 17:15 CST | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 4/24/2006 | 19:30 CST | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/7/2007 | 1:33 CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 10/17/2007 | 11:34 CST-6 | Hail | |

EXHIBIT 36

| Location | County | State | Date | Time | Zone | Type | Size |
|---|---|---|---|---|---|---|---|
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 10/17/2007 | 15:01 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 10/17/2007 | 15:35 | CST-6 | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 3/30/2008 | 23:39 | CST-6 | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 3/30/2008 | 23:40 | CST-6 | Hail | 1.50 in. |
| BETHANY | OKLAHOMA CO. | OK | 3/30/2008 | 23:45 | CST-6 | Hail | 2.50 in. |
| EDMOND | OKLAHOMA CO. | OK | 3/31/2008 | 0:01 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 4/7/2008 | 21:28 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 4/7/2008 | 22:12 | CST-6 | Hail | 1.00 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 5/1/2008 | 17:48 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/1/2008 | 17:52 | CST-6 | Hail | 1.00 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/1/2008 | 17:36 | CST-6 | Hail | 1.25 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/1/2008 | 17:50 | CST-6 | Hail | 1.75 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 5/1/2008 | 17:59 | CST-6 | Hail | 1.75 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/1/2008 | 18:10 | CST-6 | Hail | 1.75 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/1/2008 | 18:14 | CST-6 | Hail | 2.50 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 5/1/2008 | 18:15 | CST-6 | Hail | 2.75 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/1/2008 | 17:55 | CST-6 | Hail | 3.00 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/1/2008 | 18:15 | CST-6 | Hail | 3.50 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/13/2008 | 21:26 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/13/2008 | 21:35 | CST-6 | Hail | 1.50 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/13/2008 | 21:36 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 6/13/2008 | 21:43 | CST-6 | Hail | 2.75 in. |
| LUTHER | OKLAHOMA CO. | OK | 6/16/2008 | 18:53 | CST-6 | Hail | 1.50 in. |
| HARRAH | OKLAHOMA CO. | OK | 6/16/2008 | 19:36 | CST-6 | Hail | 1.75 in. |
| LUTHER | OKLAHOMA CO. | OK | 6/16/2008 | 19:00 | CST-6 | Hail | 2.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 6/17/2008 | 3:25 | CST-6 | Hail | 1.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 6/17/2008 | 4:19 | CST-6 | Hail | 1.25 in. |
| SPENCER | OKLAHOMA CO. | OK | 11/5/2008 | 18:20 | CST-6 | Hail | 1.00 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 11/5/2008 | 18:26 | CST-6 | Hail | 1.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 11/5/2008 | 21:12 | CST-6 | Hail | 1.00 in. |
| DEL CITY | OKLAHOMA CO. | OK | 11/5/2008 | 18:14 | CST-6 | Hail | 1.50 in. |
| EDMOND | OKLAHOMA CO. | OK | 11/5/2008 | 15:35 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 2/10/2009 | 14:50 | CST-6 | Hail | 1.00 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 2/10/2009 | 16:05 | CST-6 | Hail | 1.00 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 2/10/2009 | 15:03 | CST-6 | Hail | 1.25 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 2/10/2009 | 16:25 | CST-6 | Hail | 1.25 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 2/10/2009 | 14:35 | CST-6 | Hail | 1.50 in. |
| EDMOND | OKLAHOMA CO. | OK | 2/10/2009 | 15:35 | CST-6 | Hail | 1.75 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 2/10/2009 | 16:10 | CST-6 | Hail | 1.75 in. |
| JONES | OKLAHOMA CO. | OK | 4/18/2009 | 19:07 | CST-6 | Hail | 1.00 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 5/2/2009 | 10:15 | CST-6 | Hail | 1.00 in. |
| JONES | OKLAHOMA CO. | OK | 5/12/2009 | 8:55 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/13/2009 | 20:50 | CST-6 | Hail | 1.50 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/13/2009 | 20:53 | CST-6 | Hail | 1.50 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/15/2009 | 21:20 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/15/2009 | 21:29 | CST-6 | Hail | 1.00 in. |
| JONES | OKLAHOMA CO. | OK | 6/30/2009 | 16:33 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 7/16/2009 | 15:40 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 7/16/2009 | 15:54 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 7/16/2009 | 15:35 | CST-6 | Hail | 1.75 in. |

| Location | County | State | Date | Time | Tz | Type | Size |
|---|---|---|---|---|---|---|---|
| THE VILLAGE | OKLAHOMA CO. | OK | 7/16/2009 | 15:38 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 7/16/2009 | 15:42 | CST-6 | Hail | 1.75 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 7/16/2009 | 16:13 | CST-6 | Hail | 2.00 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 7/16/2009 | 16:00 | CST-6 | Hail | 3.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 7/18/2009 | 20:00 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 7/28/2009 | 16:47 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 7/28/2009 | 16:56 | CST-6 | Hail | 1.00 in. |
| NICOMA PARK | OKLAHOMA CO. | OK | 7/28/2009 | 20:10 | CST-6 | Hail | 1.00 in. |
| VALLEY BROOK | OKLAHOMA CO. | OK | 8/5/2009 | 21:43 | CST-6 | Hail | 1.00 in. |
| (OKC)WILL ROGERS APT | OKLAHOMA CO. | OK | 8/5/2009 | 21:50 | CST-6 | Hail | 1.00 in. |
| VALLEY BROOK | OKLAHOMA CO. | OK | 8/5/2009 | 21:39 | CST-6 | Hail | 1.75 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/10/2010 | 15:00 | CST-6 | Hail | 1.50 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 5/10/2010 | 16:30 | CST-6 | Hail | 1.75 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/10/2010 | 16:15 | CST-6 | Hail | 4.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/16/2010 | 14:39 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/16/2010 | 14:53 | CST-6 | Hail | 1.00 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:24 | CST-6 | Hail | 1.00 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:29 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/16/2010 | 14:48 | CST-6 | Hail | 1.25 in. |
| FOREST PARK | OKLAHOMA CO. | OK | 5/16/2010 | 15:25 | CST-6 | Hail | 1.25 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/16/2010 | 14:45 | CST-6 | Hail | 1.75 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/16/2010 | 14:50 | CST-6 | Hail | 1.75 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/16/2010 | 14:55 | CST-6 | Hail | 1.75 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 5/16/2010 | 15:06 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:07 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/16/2010 | 15:10 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:13 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:18 | CST-6 | Hail | 1.75 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/16/2010 | 15:25 | CST-6 | Hail | 1.75 in. |
| NICOMA PARK | OKLAHOMA CO. | OK | 5/16/2010 | 15:39 | CST-6 | Hail | 1.75 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/16/2010 | 14:51 | CST-6 | Hail | 2.00 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/16/2010 | 15:00 | CST-6 | Hail | 2.00 in. |
| FOREST PARK | OKLAHOMA CO. | OK | 5/16/2010 | 15:06 | CST-6 | Hail | 2.00 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 5/16/2010 | 15:08 | CST-6 | Hail | 2.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/16/2010 | 15:11 | CST-6 | Hail | 2.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 5/16/2010 | 15:30 | CST-6 | Hail | 2.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/16/2010 | 14:50 | CST-6 | Hail | 2.50 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/16/2010 | 14:50 | CST-6 | Hail | 2.50 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 5/16/2010 | 15:28 | CST-6 | Hail | 2.50 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 5/16/2010 | 15:00 | CST-6 | Hail | 3.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/16/2010 | 14:58 | CST-6 | Hail | 4.25 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/23/2011 | 20:17 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/23/2011 | 21:55 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/23/2011 | 21:59 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/23/2011 | 21:31 | CST-6 | Hail | 1.75 in. |
| FOREST PARK | OKLAHOMA CO. | OK | 5/23/2011 | 22:00 | CST-6 | Hail | 1.75 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/23/2011 | 21:45 | CST-6 | Hail | 2.00 in. |
| DEL CITY | OKLAHOMA CO. | OK | 5/24/2011 | 17:14 | CST-6 | Hail | 1.00 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 5/24/2011 | 17:23 | CST-6 | Hail | 1.50 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 5/24/2011 | 15:43 | CST-6 | Hail | 1.75 in. |

| Location | County | State | Date | Time | Zone | Type | Size |
|---|---|---|---|---|---|---|---|
| DEL CITY | OKLAHOMA CO. | OK | 5/24/2011 | 17:05 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:35 | CST-6 | Hail | 1.50 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:18 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:20 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:35 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:40 | CST-6 | Hail | 2.25 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/14/2011 | 18:20 | CST-6 | Hail | 2.50 in. |
| OKLAHOMA CO. | OKLAHOMA CO. | OK | 6/20/2011 | 19:20 | CST-6 | Hail | 1.00 in. |
| (OKC)WILL ROGERS APT | OKLAHOMA CO. | OK | 7/12/2011 | 13:40 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 8/3/2011 | 15:37 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 8/3/2011 | 15:42 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 8/3/2011 | 15:50 | CST-6 | Hail | 1.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 8/3/2011 | 15:50 | CST-6 | Hail | 1.25 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 8/3/2011 | 15:46 | CST-6 | Hail | 1.75 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 10/22/2011 | 18:20 | CST-6 | Hail | 1.00 in. |
| MIDWEST CITY | OKLAHOMA CO. | OK | 10/22/2011 | 19:45 | CST-6 | Hail | 1.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 3/21/2012 | 16:36 | CST-6 | Hail | 1.00 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 4/13/2012 | 15:30 | CST-6 | Hail | 1.50 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 4/13/2012 | 15:42 | CST-6 | Hail | 1.50 in. |
| BETHANY | OKLAHOMA CO. | OK | 4/28/2012 | 21:55 | CST-6 | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 4/28/2012 | 22:21 | CST-6 | Hail | 1.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 4/28/2012 | 22:26 | CST-6 | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 4/28/2012 | 22:15 | CST-6 | Hail | 1.25 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 4/30/2012 | 22:52 | CST-6 | Hail | 1.00 in. |
| HARRAH | OKLAHOMA CO. | OK | 4/30/2012 | 23:00 | CST-6 | Hail | 1.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/29/2012 | 19:45 | CST-6 | Hail | 1.00 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 5/29/2012 | 19:40 | CST-6 | Hail | 1.25 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/29/2012 | 19:02 | CST-6 | Hail | 1.50 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/29/2012 | 19:39 | CST-6 | Hail | 1.50 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 5/29/2012 | 19:40 | CST-6 | Hail | 1.50 in. |
| (OKC)WILL ROGERS APT | OKLAHOMA CO. | OK | 5/29/2012 | 19:15 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/29/2012 | 19:23 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/29/2012 | 19:27 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/29/2012 | 19:30 | CST-6 | Hail | 1.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/29/2012 | 19:30 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/29/2012 | 19:39 | CST-6 | Hail | 1.75 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 5/29/2012 | 19:44 | CST-6 | Hail | 1.75 in. |
| EDMOND | OKLAHOMA CO. | OK | 5/29/2012 | 19:30 | CST-6 | Hail | 2.50 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 5/29/2012 | 19:27 | CST-6 | Hail | 2.75 in. |
| (OKC)WILL ROGERS APT | OKLAHOMA CO. | OK | 5/29/2012 | 19:32 | CST-6 | Hail | 2.75 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/29/2012 | 19:36 | CST-6 | Hail | 2.75 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/29/2012 | 19:45 | CST-6 | Hail | 2.75 in. |
| (OKC)WILL ROGERS APT | OKLAHOMA CO. | OK | 5/29/2012 | 19:19 | CST-6 | Hail | 3.00 in. |
| THE VILLAGE | OKLAHOMA CO. | OK | 5/29/2012 | 19:40 | CST-6 | Hail | 3.00 in. |
| OKLAHOMA CITY | OKLAHOMA CO. | OK | 5/30/2012 | 4:57 | CST-6 | Hail | 1.00 in. |
| BETHANY | OKLAHOMA CO. | OK | 5/30/2012 | 6:00 | CST-6 | Hail | 1.25 in. |
| BETHANY | OKLAHOMA CO. | OK | 1/29/2013 | 9:08 | CST-6 | Hail | 1.00 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 1/29/2013 | 9:12 | CST-6 | Hail | 1.00 in. |
| WHEATLAND | OKLAHOMA CO. | OK | 3/31/2013 | 2:32 | CST-6 | Hail | 1.50 in. |
| (TIK)TINKER AFB | OKLAHOMA CO. | OK | 4/17/2013 | 19:20 | CST-6 | Hail | 1.00 in. |

| | | | | | | |
|---|---|---|---|---|---|---|
| BETHANY | OKLAHOMA CO. | OK | 4/22/2013 | 22:45 CST-6 | Hail | 1.00 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 4/22/2013 | 22:48 CST-6 | Hail | 1.00 in. |
| WARR ACRES | OKLAHOMA CO. | OK | 4/22/2013 | 22:45 CST-6 | Hail | 1.25 in. |
| NICHOLS HILLS | OKLAHOMA CO. | OK | 4/22/2013 | 22:45 CST-6 | Hail | 1.75 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 4/26/2013 | 19:37 CST-6 | Hail | 1.25 in. |
| EDMOND | OKLAHOMA CO. | OK | 4/26/2013 | 19:48 CST-6 | Hail | 1.75 in. |
| CHOCTAW | OKLAHOMA CO. | OK | 4/26/2013 | 20:14 CST-6 | Hail | 1.75 in. |
| (PWA)WILEY POST APT | OKLAHOMA CO. | OK | 4/26/2013 | 19:42 CST-6 | Hail | 2.00 in. |
| EDMOND | OKLAHOMA CO. | OK | 4/26/2013 | 19:40 CST-6 | Hail | 2.50 in. |

| Unique Dates | Count |
|---|---|
| 5/9/2003 | 1 |
| 5/19/2003 | 2 |
| 4/21/2004 | 3 |
| 5/24/2004 | 4 |
| 6/2/2004 | 5 |
| 8/10/2004 | 6 |
| 11/10/2004 | 7 |
| 5/13/2005 | 8 |
| 6/4/2005 | 9 |
| 4/24/2006 | 10 |
| 5/7/2007 | 11 |
| 10/17/2007 | 12 |
| 3/30/2008 | 13 |
| 3/31/2008 | 14 |
| 4/7/2008 | 15 |
| 5/1/2008 | 16 |
| 6/13/2008 | 17 |
| 6/16/2008 | 18 |
| 6/17/2008 | 19 |
| 11/5/2008 | 20 |
| 2/10/2009 | 21 |
| 4/18/2009 | 22 |
| 5/2/2009 | 23 |
| 5/12/2009 | 24 |
| 5/13/2009 | 25 |
| 5/15/2009 | 26 |
| 6/30/2009 | 27 |
| 7/16/2009 | 28 |
| 7/18/2009 | 29 |
| 7/28/2009 | 30 |
| 8/5/2009 | 31 |
| 5/10/2010 | 32 |
| 5/16/2010 | 33 |
| 5/23/2011 | 34 |
| 5/24/2011 | 35 |
| 6/14/2011 | 36 |
| 6/20/2011 | 37 |
| 7/12/2011 | 38 |

| Date | # |
|---|---|
| 8/3/2011 | 39 |
| 10/22/2011 | 40 |
| 3/21/2012 | 41 |
| 4/13/2012 | 42 |
| 4/28/2012 | 43 |
| 4/30/2012 | 44 |
| 5/29/2012 | 45 |
| 5/30/2012 | 46 |
| 1/29/2013 | 47 |
| 3/31/2013 | 48 |
| 4/17/2013 | 49 |
| 4/22/2013 | 50 |
| 4/26/2013 | 51 |

Events in this county during the past 10 years.