
## SUMMARY OF HAIL EVENTS AT PROPERTIES OWNED BY CHARLES SHADID

| YEAR | 2014 | 2013 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF HAIL EVENT / BUILDING LOCATION | 13-Apr-14 | 14-Oct-13 | 4-Oct-13 | 8-Aug-13 | 16-Jul-13 | 16-Jun-13 | 31-May-13 | 23-May-13 | 22-May-13 | 21-May-13 | 20-May-13 | 19-May-13 | 18-May-13 | 8-May-13 | 26-Apr-13 | 22-Apr-13 | 17-Apr-13 | 30-Mar-13 | 29-Mar-13 | 29-Jan-13 |
| 33 NE 28th Street | - | | | | | | 1.00 | | | | - | | | | 1.20 | - | | | | - |
| 904 West Britton Road | - | | | | | | 0.80 | | | | - | | | | 1.10 | - | | | - | - |
| 1400 NW 23rd Street | - | | | - | | | 1.00 | | | | - | | | | 0.80 | 0.90 | | | | - |
| 2036 NW 23rd Street | - | | | | | | 1.00 | | - | | 0.90 | | | | 1.00 | - | | | | |
| 2112 North MacArthur Blvd. | - | | | | | - | 1.00 | | | | - | | | | - | 1.70 | | - | | 1.00 |
| 2700 South Agnew Avenue | - | | | | | - | 1.00 | | | | - | - | | | - | 1.00 | | 0.90 | | - |
| 3111 North Classen Blvd. | 0.80 | | | - | | - | 1.00 | | | | - | | | | 1.00 | 0.80 | | - | | - |
| 5810 South Western Ave. | 0.80 | | | | | - | - | | | | 1.30 | 0.80 | | | - | - | - | - | - | - |
| 8467 NE 23rd Street | - | - | - | | | | 0.90 | | | - | 1.40 | - | | | 1.10 | - | - | | | |
| Airline Shopping Center | - | | - | - | | | 1.00 | - | - | | - | - | | - | - | 0.90 | | 1.00 | | - |
| Brookwood Shopping Center | - | | | | - | | - | - | | | 0.90 | - | | 0.90 | - | - | 0.80 | - | - | - |
| Delwood Shops | 0.90 | | | | | | 1.00 | | - | | 1.40 | - | | - | - | 0.90 | - | | | |
| Hartsdel Shopping Center | - | | | | | | - | | | | 1.80 | 0.80 | - | - | - | 0.80 | - | | | |
| Indiana Shops | - | | | - | | | 1.10 | | | | - | | | | - | 1.10 | | - | | - |
| Lakeshore Shopping Center | | | | 1.30 | | | 0.90 | | | | | | | | 1.40 | - | - | - | | - |
| Macarthur Park Shopping Center | - | | | - | | - | 1.00 | | | | - | | | | - | 1.70 | | - | | 1.10 |
| Newport Shops | | | | 1.30 | | | 0.90 | | - | | | | | | 1.10 | - | - | - | | - |
| Northeast Shopping Center | - | | | | | | 1.00 | | | | - | | | | 1.50 | - | | | | |
| Park Plaza Shopping Center | 0.75 | | | | | | 1.00 | | | | - | | | | 1.60 | - | | | | |
| Sooner Market Place | 0.90 | | | | | | 0.90 | | - | | 1.40 | - | | | - | - | - | | | |
| Victoria Building | - | | | - | | | 1.10 | | | | - | | | | - | 0.90 | | - | | - |
| Walnut Creek Shopping Center | - | | | | | - | 1.10 | - | | | - | | | | - | 1.50 | | 0.90 | | 0.90 |
| Will Rogers Park I & II | 0.80 | | | | - | - | 1.00 | | | | - | | | | - | 1.40 | | - | | 0.80 |

### LEGEND

- **x.xx** — estimated maximum size of hail at listed location
- **-** — hail 0.75" or larger within 3 miles, but not at listed location
- (gray) — no hail at listed location on listed date
- (pink) — estimated maximum hail size of 1" to 1.5" at listed location
- (blue) — estimated maximum hail size of 1.5" to 2.0" at listed location
- (green) — estimated maximum hail size of 2.0" and greater at listed location

Hail dates begin at 6:00AM CST on indicated day and end at 6:00AM CST the following day.

The spreadsheet represents a summary of all hail events between January 1, 2006 and April 14, 2014.

Date of Loss was reported as May 31, 2013.

Source: Weather Fusion Point Data reports for listed addresses.

EXHIBIT 37

SUMMARY OF HAIL EVENTS AT PROPERTIES OWNED BY CHARLES SHADID

| YEAR | 2012 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF HAIL EVENT / BUILDING LOCATION | 26-Sep-12 | 7-Sep-12 | 30-May-12 | 29-May-12 | 28-May-12 | 19-May-12 | 30-Apr-12 | 29-Apr-12 | 28-Apr-12 | 19-Apr-12 | 14-Apr-12 | 13-Apr-12 | 3-Feb-12 |
| 33 NE 28th Street | - | - | - | 1.50 | | | | | 0.75 | 0.09 | | 0.80 | |
| 904 West Britton Road | - | - | - | 2.40 | | | | | - | - | - | - | |
| 1400 NW 23rd Street | - | - | - | 1.60 | | | | | 0.90 | 0.80 | | 0.90 | |
| 2036 NW 23rd Street | | | | 1.10 | | - | | | | 0.90 | | - | |
| 2112 North MacArthur Blvd. | | | 1.40 | 1.20 | | - | - | | | - | | - | |
| 2700 South Agnew Avenue | | | - | 1.70 | | - | | | | - | | - | |
| 3111 North Classen Blvd. | | | - | 1.70 | | - | | | 0.80 | 0.90 | | 0.90 | |
| 5810 South Western Ave. | | | | 1.60 | | - | | | - | - | | | |
| 8467 NE 23rd Street | - | - | | | | | | | | | | | |
| Airline Shopping Center | | - | - | 1.40 | | - | - | | - | - | | 0.80 | |
| Brookwood Shopping Center | | | | 1.20 | - | | | | - | - | | | |
| Delwood Shops | | - | | - | | - | | | - | - | | | |
| Hartsdel Shopping Center | | | | - | | | | | | - | - | | |
| Indiana Shops | - | - | - | 1.60 | | | | | 0.80 | - | | 0.90 | |
| Lakeshore Shopping Center | | | - | 1.30 | | | | | - | - | | 0.80 | |
| Macarthur Park Shopping Center | | | 1.40 | 1.20 | | | - | | | - | | | |
| Newport Shops | | | | 1.20 | | | - | - | 0.75 | - | | 0.90 | |
| Northeast Shopping Center | - | - | | 1.60 | | | | | - | 1.00 | | - | |
| Park Plaza Shopping Center | - | - | | 1.70 | | | - | | - | 1.00 | - | - | |
| Sooner Market Place | | | | - | | | | | | - | | | |
| Victoria Building | - | - | - | 1.60 | | - | - | | 0.90 | 0.75 | | 0.90 | |
| Walnut Creek Shopping Center | | | 1.10 | 1.30 | | | | | - | - | | 0.75 | |
| Will Rogers Park I & II | - | - | | 1.70 | | | - | | - | 0.90 | | 0.90 | |

Source: Weather Fusion Point Data reports for listed addresses.

SUMMARY OF HAIL EVENTS AT PROPERTIES OWNED BY CHARLES SHADID

| YEAR | | 2011 | | | | | | | | | | | 2010 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF HAIL EVENT | | 7-Nov-11 | 22-Oct-11 | 17-Sep-11 | 3-Aug-11 | 12-Jul-11 | 20-Jun-11 | 14-Jun-11 | 24-May-11 | 23-May-11 | 19-May-11 | 24-Apr-11 | 23-Apr-11 | 30-May-10 | 19-May-10 | 16-May-10 | 12-May-10 | 10-May-10 | 6-Apr-10 |
| BUILDING LOCATION | | | | | | | | | | | | | | | | | | | |
| 33 NE 28th Street | | | | | - | | - | - | | | - | | | | | 2.30 | | - | - |
| 904 West Britton Road | | | | | - | | 0.80 | 1.80 | - | 0.80 | - | | | | | 2.90 | - | - | - |
| 1400 NW 23rd Street | | | | - | - | | - | - | - | | - | | | | | 2.40 | - | - | - |
| 2036 NW 23rd Street | | - | | | - | | - | - | - | | - | | | | | 2.10 | | - | - |
| 2112 North MacArthur Blvd. | | - | - | - | - | | 0.75 | 1.10 | - | | - | | - | | | 1.60 | - | - | - |
| 2700 South Agnew Avenue | | | | | | | | | | | 0.75 | | | | | 0.90 | | | |
| 3111 North Classen Blvd. | | | - | | | | | | | | - | | | | | 2.80 | | | |
| 5810 South Western Ave. | | - | | - | | | - | 0.80 | | 0.80 | | | - | | | - | | 1.80 | - |
| 8467 NE 23rd Street | | | 0.80 | | - | | - | 1.30 | | - | | | | | | 1.80 | | 1.20 | |
| Airline Shopping Center | | | | | | | | | | | - | | | | | | | 0.75 | |
| Brookwood Shopping Center | | - | | - | | | - | 1.30 | | - | - | | - | | | - | - | 2.90 | |
| Delwood Shops | | | | | | | | - | | | | | | | | 1.20 | | | |
| Hartsdel Shopping Center | | - | - | | - | | - | 1.20 | | - | - | | | | | 1.20 | - | 2.10 | - |
| Indiana Shops | | | - | | | | - | - | | - | | | | | | 2.10 | | - | |
| Lakeshore Shopping Center | | - | - | | - | | - | - | - | - | 0.80 | - | - | | - | 2.00 | - | - | - |
| Macarthur Park Shopping Center | | - | - | | - | | 0.75 | 1.10 | - | - | - | - | - | | - | 1.60 | | 0.75 | - |
| Newport Shops | | - | - | | - | | - | - | - | | - | | | | | 2.10 | | | |
| Northeast Shopping Center | | | | | | | - | - | | | | | | | | 2.50 | | | |
| Park Plaza Shopping Center | | | | | | | - | - | | 0.75 | | | | | | 2.50 | | | |
| Sooner Market Place | | - | | | | | - | 1.10 | | - | | | | | | 1.50 | | 1.10 | |
| Victoria Building | | | | - | - | | - | - | | | | | | | | 2.20 | | | |
| Walnut Creek Shopping Center | | - | 0.75 | - | - | | - | - | | | | | | | | 1.50 | - | - | - |
| Will Rogers Park I & II | | - | | - | - | | 0.80 | - | | | | | | | | 1.70 | | - | - |

Source: Weather Fusion Point Data reports for listed addresses.

SUMMARY OF HAIL EVENTS AT PROPERTIES OWNED BY CHARLES SHADID

| YEAR | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF HAIL EVENT | 5-Aug-09 | 28-Jul-09 | 16-Jul-09 | 8-Jul-09 | 16-Jun-09 | 15-May-09 | 13-May-09 | 12-May-09 | 2-May-09 | 18-Apr-09 | 23-Mar-09 | 10-Feb-09 |
| BUILDING LOCATION | | | | | | | | | | | | |
| 33 NE 28th Street | | | | | - | | | | | | | |
| 904 West Britton Road | | | - | - | | | | | | | | |
| 1400 NW 23rd Street | | | - | | | - | - | | | | | - |
| 2036 NW 23rd Street | | | 1.10 | | | | 1.10 | | | | | - |
| 2112 North MacArthur Blvd. | | | | | | - | | | | | | |
| 2700 South Agnew Avenue | - | | - | | | - | - | | | | | - |
| 3111 North Classen Blvd. | | | | | | | | | | | | |
| 5810 South Western Ave. | 1.40 | | | | | | - | | | | | - |
| 8467 NE 23rd Street | | 0.80 | 1.00 | | | - | 0.75 | 0.75 | | | | |
| Airline Shopping Center | - | | | | | - | | | | | | - |
| Brookwood Shopping Center | - | | | | | | | | | | | |
| Delwood Shops | | | 1.60 | | | | 0.90 | | | | | |
| Hartsdel Shopping Center | | | - | | | - | - | | | | | - |
| Indiana Shops | | | - | | | | - | | | | | |
| Lakeshore Shopping Center | | | | | | | | | - | | | |
| Macarthur Park Shopping Center | | | | | | | | | | | | - |
| Newport Shops | | - | | | | - | | | | | | |
| Northeast Shopping Center | | | 0.90 | | | | 0.90 | | | | | |
| Park Plaza Shopping Center | | | 0.90 | | | | 0.80 | | | | | |
| Sooner Market Place | | - | 2.90 | | | | - | - | | | | |
| Victoria Building | | | - | | | | | | | | | |
| Walnut Creek Shopping Center | | | | | | 0.75 | | | | | | |
| Will Ropers Park I & II | | | | | | - | | | | | | |

Source: Weather Fusion Point Data reports for listed addresses.

SUMMARY OF HAIL EVENTS AT PROPERTIES OWNED BY CHARLES SHADID

| YEAR | 2008 | | | | | | | | | | | | 2007 | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE OF HAIL EVENT / BUILDING LOCATION | 5-Nov-08 | 13-Jun-08 | 8-Jun-08 | 7-May-08 | 1-May-08 | 7-Apr-08 | 3-Apr-08 | 31-Mar-08 | 30-Mar-08 | 20-Mar-08 | 2-Mar-08 | 7-Jan-08 | 17-Oct-07 | 14-Oct-07 | 6-May-07 | 13-Apr-07 | 30-May-06 | 24-Apr-06 | 8-Mar-06 |
| 33 NE 28th Street | | | | | | | | | | | | | | | | | | | |
| 904 West Britton Road | | | | | 1.00 | - | | | | | - | | - | | | | | | |
| 1400 NW 23rd Street | | | | - | - | | | | | | - | | - | | - | - | | - | |
| 2036 NW 23rd Street | | | | | - | | | | | | | | | | | | | | |
| 2112 North MacArthur Blvd. | - | - | | | 0.80 | - | - | - | 1.00 | - | - | - | | | - | - | - | | |
| 2700 South Agnew Avenue | | | | | | | | | | | | | | | 0.80 | - | | | |
| 3111 North Classen Blvd. | | | - | | 0.80 | | | | - | | - | - | | | - | | | | |
| 5810 South Western Ave. | - | | | | 2.40 | | - | | | | | | | | | | | | |
| 8467 NE 23rd Street | 0.80 | 0.75 | - | | 0.90 | | - | - | | | | | | | | | | | - |
| Airline Shopping Center | | - | | | 0.80 | | | | | | | | | | | 0.75 | - | - | - |
| Brookwood Shopping Center | - | - | | | 1.10 | | | | | | - | - | | | - | - | | | |
| Delwood Shops | - | | | | - | | | | | | - | | | | | | | | |
| Hartsdel Shopping Center | | - | | - | - | | | | | | - | - | - | | - | - | | | |
| Indiana Shops | | | | | 0.80 | | | | 1.70 | | - | - | 0.75 | - | - | | | | - |
| Lakeshore Shopping Center | - | - | | - | - | | | | 1.00 | | - | - | - | - | | | | - | |
| Macarthur Park Shopping Center | - | | | | 0.80 | | | | 1.50 | | - | - | | - | | | | - | |
| Newport Shops | - | | | - | - | | | | | | - | | | | | | | | |
| Northeast Shopping Center | - | | | - | - | | | | | | - | | | | | | | | |
| Park Plaza Shopping Center | - | | | | - | | | | | | | | | | | | | | |
| Sooner Market Place | | | | | - | | | | | | | | | | | | | | |
| Victoria Building | - | - | | | - | | | | 0.75 | | - | - | - | | - | - | - | - | |
| Walnut Creek Shopping Center | - | - | | - | - | | | | | | - | | | | | | | | |
| Will Rogers Park I & II | | - | | - | - | | | | | | - | | - | | | | - | - | |

Source: Weather Fusion Point Data reports for listed addresses.