# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHARLES A. SHADID, L.L.C.,** )<br>**An Oklahoma Limited Liability** )<br>**Company,** )<br>)<br>        **Plaintiff,** )<br>)<br>vs. )<br>)<br>**ASPEN SPECIALTY INSURANCE** )<br>**COMPANY, a foreign Corporation,** )<br>)<br>        **Defendant.** ) | Case No. CIV-15-595-D |

ENTER ORDER:

     A settlement conference was held this date in the above case.  Plaintiff Charles A. Shaddid, L.L.C, an Oklahoma Limited Liability Company appeared through its representative Charles Shadid and by lead trial counsel, Mark A. Engel.  Defendant Aspen Specialty Insurance Company, a foreign Corporation, appeared through its representative Wayne Marks, Field Adjuster, and by lead trial counsel, lead trial counsel, James P. Nader.

     The case settled and a 30 day administrative closing order will be entered.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

                                                  CARMELITA REEDER SHINN, Clerk

                                                  By:  /s/ Carrie Sims

Dated:  August 9, 2018
Copies to parties of record

cc: Mike Bailey
    Marcia Davis